**FILED**

MAR 30 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION OF WILLIAMS SPORTS RENTALS, INC. AS OWNER OF A CERTAIN 2004 YAMAHA WAVERUNNER FX 140 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No. 17-cv-00653-JAM-EFB<br><br>**NOTICE OF FILING OF COMPLAINT FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY** |

Notice is hereby given that WILLIAMS SPORTS RENTALS, INC. ("Petitioner") has filed a Complaint on March 28, 2017, pursuant to 46 U.S.C. §§ 30501, *et seq.,* Supplemental Admiralty Rule F, and the various statutes, rules, regulations, and amendments thereof, claiming the right to exoneration from, or limitation of liability for, all claims arising out of a claimed incident on or about August 13, 2016, in South Lake Tahoe, California, on a certain 2004 YAMAHA WAVERUNNER FC 140 (the "Vessel") involving Raeshon Williams. Petitioner was the owner of the Vessel at the time of and after the August 13, 2016 incident.

All persons having such claims must file them as provided by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims with the Clerk of

this Court, Ms. Marianne Matherly, U.S. District Court Eastern District of California, Robert T. Matsui Federal Courthouse, 501 I Street, Room 4-200 Sacramento, California 95814, and serve on or mail copies to Petitioner's attorneys, B. Otis Felder, Esq. and Eric Wong, Esq. WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP 525 Market Street, 17th Floor, San Francisco, California 94105-2725, on or before the 5th day of June, 2017, or be defaulted and forever barred from such a claim. Any claimant desiring to contest Petitioner's right to exoneration from or limitation of liability must file an Answer to Petitioner's original Complaint and/or a claim as required by Rule F(4) – (5) of the Supplemental Rules, and serve or mail a copy to Petitioner's attorney.

Signed this the 29th day of March, 2017.

_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

---

2

NOTICE OF FILING OF COMPLAINT FOR EXONERATION FROM,
OR LIMITATION OF, LIABILITY
2720111v.1

1 | Dated: March 29, 2017

2 | Respectfully Submitted,

3 |

4 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

5 |

6 | By: *s/ B. Otis Felder*
    B. Otis Felder
7 | Eric S. Wong
    Attorneys for Petitioner,
8 | WILLIAMS SPORTS RENTALS, INC.
    E-mail: otis.felder@wilsonelser.com

NOTICE OF FILING OF COMPLAINT FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY
2720111v.1