FILED

MAR 30 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION OF WILLIAMS SPORTS RENTALS. INC. AS OWNER OF A CERTAIN 2004 YAMAHA WAVERUNNER FX 140 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No. 2:17-cv-00653-JAM-EFB<br><br>ORDER APPROVING STIPULATION OF VALUE AND LETTER OF UNDERTAKING, DIRECTING CLAIMANTS TO FILE AND MAKE PROOF OF CLAIMS, DIRECTING THE ISSUANCE OF MONITION, AND RESTRAINING PROSECUTION OF CLAIMS |

Notice is hereby given that WILLIAMS SPORTS RENTALS, INC. ("Petitioner") has filed a Complaint on March 28, 2017, pursuant to 46 U.S.C. §§ 30501, *et seq.*, and Supplemental Admiralty Rule F, claiming the right to exoneration from, or limitation of liability for, all claims arising out of a claimed incident on or about August 13, 2016, in South Lake Tahoe, California, on a certain 2004 YAMAHA WAVERUNNER FC 140 (the "Vessel") involving Raeshon Williams. Petitioner was the owner of the Vessel at the time of and after the August 13, 2016 incident, and on considering the Complaint and Stipulation of Value of the vessel, which are on file, stating the value of the Vessel to be FIVE THOUSAND DOLLARS ($5,000.00),

1

1. IT IS HEREBY ORDERED that the Court approves the stipulation of value and the security in the form of the letter of undertaking (See *Complaint of Dammers, et al.*, 836 F.2d 750, 753, n.2 (2d Cir. 1988), and it is further

ORDERED that a Monition issue against all persons having such claims for any and all losses, personal injuries, destruction of property, as alleged in Petitioner's Complaint for Exoneration from or Limitation of Liability must file them as provided by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims with the Clerk of this Court, Ms. Marianne Matherly, U.S. District Court Eastern District of California, Robert T. Matsui Federal Courthouse, 501 I Street, Room 4-200 Sacramento, California 95814, and serve on or mail copies to Petitioner's attorneys, B. Otis Felder, Esq. and Eric Wong, Esq. WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP 525 Market Street, 17th Floor, San Francisco, California 94105-2725, on or before the 5th day of June, 2017, subject to the rights or any person claiming damages who shall have presented a claim to answer the Complaint and to controvert, or be defaulted and forever barred from such a claim, and that any claimant desiring to contest Petitioner's right to exoneration from or limitation of liability must file an Answer to Petitioner's original complaint and/or a claim as required by Rule F(4) – (5) of the Supplemental Rules, and serve or mail a copy to Petitioner's attorney; and it is further

ORDERED, that public notice of the Monition be given by publication in a newspaper published in the Sacramento and San Francisco areas within the Eastern and Northern Districts of California, such publication in said papers to be for at least four successive weeks before the return date of this Order demanding the presentation of all claims against Petitioner, and it is further

ORDERED, that the beginning or continued prosecution of any and all suits, actions or legal proceedings of any nature or description whatsoever, except in the present proceeding, in respect of any claim arising out of, consequent upon, or in connection with the aforesaid incident on the Vessel on August 13, 2016, described

1 | in the Complaint for Exoneration from or Limitation of Liability, are hereby stayed
2 | and restrained until the hearing and termination of this proceeding.
3 | Signed this the 29th day of March, 2017.

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

3

ORDER APPROVING STIPULATION OF VALUE AND LOU,
DIRECTING PROOF OF CLAIMS, ISSUANCE OF MONITION
2720042v.1

Dated: March 29, 2017

Respectfully Submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: *s/ B. Otis Felder*
  B. Otis Felder
Attorneys for Petitioner,
WILLIAMS SPORTS RENTAL INC.
E-mail: otis.felder@wilsonelser.com