UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION OF WILLIAMS SPORTS RENTALS, INC. AS OWNER OF A CERTAIN 2004 YAMAHA WAVERUNNER FX 140 FOR EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>MARIAN LATASHA WILLIS, on behalf of the Estate of RAESHON WILLIAMS,<br><br>    Respondent / Counter Claimant,<br><br>v.<br><br>WILLIAMS SPORTS RENTALS, INC.,<br><br>    Petitioner / Counter Defendant. | Case No. 2:17-cv-00653-JAM-EFB<br><br>**STIPULATION AND ORDER SETTING DEADLINE FOR SUBMISSION OF JOINT STATUS REPORT FOR SEPTEMBER 27, 2017** |

WHEREAS upon filing of the Petition, the Court ordered that within 60 days of service of the Complaint on any party, or from the date of removal, the parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan (Order, Doc. 5);

1

STIPULATION AND ORDER SETTING SUBMISSION OF
JOINT STATUS REPORT FOR SEPTEMBER 27, 2017
2810239v.1
2810239v.1

WHEREAS the Court subsequently ordered that any person claiming damages shall answer the Complaint on or before June 5, 2017 (Order, Doc. 11);

WHEREAS Respondent/Claimant MARIAN LATASHA WILLIS was appointed by the Alameda Superior Court pursuant to represent the Estate of RAESHON WILLIAM ("Estate");

WHEREAS Respondent/Claimant Estate filed an answer (Doc. 16) and claim (Doc. 17) on June 2, 2017 along with an amended claim on June 21, 2017 (Doc. 21);

WHEREAS Petitioner /Counter Defendant WILLIAMS SPORTS RENTALS ("WSR") has until July 27, 2017 to respond to the Counter Claim by the Estate;

AND WHEREAS Respondent/Claimant WILLIS' motion to abate the instant proceedings, under *Newton v. Shipman*, 718 F.2d 959, 962 (9th Cir. 1983) and the *Langnes* rule of abstention, is currently set for hearing on August 29, 2017 (Doc. 25-1);

NOW COMES the Petitioner / Counter Defendant WSR and Respondent / Counter Claimant Estate, and pursuant to L.R. 143 &144(a), stipulate, upon the Court's approval, that the deadline for submission of the joint status report should be read to mean 60 days following the date upon the filing of a response by WSR so as to be due September 27, 2017.

## ORDER

Pursuant to the stipulation of the parties and for good cause, the deadline for submission of the joint status report is set to September, 27, 2017.

IT IS SO ORDERED.

Signed this the 11th day of July, 2017.

/s/ John A. Mendez_____
HON.  JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2

Dated: July 11, 2017

So stipulated to form and content.

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: *s/ B. Otis Felder*
    Ian Stewart
    B. Otis Felder
    Eric S. Wong
    Attorneys for Petitioner,
    WILLIAMS SPORTS RENTALS, INC.
    E-mail: otis.felder@wilsonelser.com

So stipulated to form and content.

**THE VEEN FIRM**

By: *s/ John R. Hillsman* (as authorized on July 11, 2017)
    Anthony L. Label
    Steven A. Kronenberg
    John R. Hillsman
    Attorneys for MARIAN LATASHA WILLIS
    Personal Representative of the Estate of RAESHON WILLIAMS
    Respondent/Claimant