1  B. OTIS FELDER (CSB No. 177628)
   Email:  otis.felder@wilsonelser.com
2  *CSB Certified Admiralty & Maritime Specialist*
   ERIC S. WONG (CSB No. 197310)
3  Email:  eric.wong@wilsonelser.com
   **WILSON, ELSER, MOSKOWITZ,**
4  **    EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
5  San Francisco, California 94105-2725
   Telephone:  (415) 433-0990
6  Facsimile:   (415) 434-1370

7  IAN STEWART, ESQ. (CSB No. 250689)
   Email: ian.stewart@wilsonelser.com
8  **WILSON, ELSER, MOSKOWITZ,**
   **    EDELMAN & DICKER LLP**
9  555 South Flower Street, Suite 2900
   Los Angeles, CA  90071-2407
10 Telephone: (213) 443-5100
   Facsimile:    (213) 443-5101

11
   Attorneys for Petitioner
12 WILLIAMS SPORTS RENTALS, INC.

13                 UNITED STATES DISTRICT COURT
14                 EASTERN DISTRICT OF CALIFORNIA
15                           IN ADMIRALTY

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION OF WILLIAMS SPORTS RENTALS, INC. AS OWNER OF A CERTAIN 2004 YAMAHA WAVERUNNER FX 140 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No. 2:17-cv-00653-JAM-EFB<br><br>Hon. John A. Mendez<br><br>**ORDER GRANTING WILLIAMS SPORTS RENTALS, INC.'S PETITION FOR EXONERATION FROM LIABILITY**<br><br>Hearing Date: Tuesday, July 30, 2019<br>Hearing Time: 1:30 p.m.<br>Hearing Court: Courtroom 6, 14th Floor |
| MARIAN LATASHA WILLIS, on behalf of the Estate of RAESHON WILLIAMS, <br><br>    Respondent/Counter Claimant<br><br>v.<br><br>WILLIAMS SPORTS RENTALS, INC.,<br><br>    Petitioner/Counter Defendant | |

The motion by Petitioner-in-Limitation WILLIAMS SPORTS RENTALS, INC. for an Order granting exoneration from liability came on for hearing before the Honorable John A. Mendez on July 30, 2019 in the above-entitled Court. The Court finds that the counterclaim made to Plaintiff-in-Limitation's Complaint for Exoneration and/or Limitation of Liability within the time period set forth by the Court failed to state any claims as a matter of law. There are no remaining legally cognizable claims contesting Plaintiff-in-Limitations' right to exoneration from liability. Thus, the Court finds WILLIAMS SPORTS RENTALS, INC. is entitled to judgment as a matter of law. The Court further finds that any claims against Plaintiff-in-Limitation are neither permissible nor necessary. The Court finds that pursuant to Fed. R. Civ. P, Rule 54(b) that there is no reason for delay in entry of judgment.

IT IS HEREBY ORDERED, JUDGED, AND DECREED AS FOLLOWS:

Plaintiff-in-Limitation's Motion for an Order granting Plaintiff-in-Limitation exoneration from liability for damages, for any and all losses, injuries and/or deaths that occurred on or about August 13, 2016 is GRANTED. The Clerk is expressly directed to enter judgment in favor of Plaintiff-in-Limitation.

Dated: July 30, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge