ANTHONY L. LABEL (SBN 205920)
STEVEN A. KRONENBERG (SBN 215541)
THE VEEN FIRM
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102
Telephone: (888) 504-0157
Facsimile: (415) 771-5845

JOHN R. HILLSMAN (SBN 71220)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for MARIAN LATASHA WILLIS
Personal Representative of the Estate of RAESHON WILLIAMS
Respondent/ Counter Claimant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| In re: Complaint and Petition of WILLIAMS SPORTS RENTALS, INC., as Owner of a Certain 2004 YAMAHA WAVE RUNNER FX 140 (CF 5408 LE) for Exoneration from or Limitation of Liability | Case No. 2:17-cv-00653-JAM-EFB<br><br>**STIPULATION AND ORDER CONTINUING RESPONDENT/ COUNTER CLAIMANT MARIAN LATASHA WILLIS'S MOTION TO LIFT THE ANTI-SUIT INJUNCTION AND STAY FURTHER PROCEEDINGS IN ADMIRALTY CURRENTLY SCHEDULED FOR MARCH 10, 2020** |

Stipulation and [Proposed] Order Continuing Motion to Lift the
Anti-Suit Injunction and Stay Further Proceedings      No . 2:17-cv-00653-JAM-EFB

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Ave., Suite 100
San Francisco, CA 94133
(415) 421-9292

1

COME NOW THE PARTIES HEREIN, by and through their respective counsel, and hereby stipulate as follows:

That whereas the parties herein, as well as the parties in the related case of *Willis v. Zip, Inc., et al.*, Alameda County Superior Court case No. RG17866531, have initiated efforts to reach a global settlement of both actions via private mediation, Respondent/ Counter Claimant MARIAN LATASHA WILLIS' Motion to Lift the Anti-suit Injunction and Stay Further Proceedings in Admiralty currently scheduled to be heard at 1:30 p.m. on Tuesday, March 10, 2020 before the Honorable John A. Mendez in Courtroom 6 of this Court shall be continued to the new date of **Tuesday, May 19, 2020 at 1:30 p.m.** in Courtroom 6.

IT IS SO STIPULATED AS TO FORM AND CONTENT:

Dated: February 25, 2020	THE VEEN FIRM

	MCGUINN, HILLSMAN & PALEFSKY

	By: /s/ *John R. Hillsman*
	John R. Hillsman
	Anthony L. Label
	Stephen S. Kronenberg
	Attorneys for Respondent/Counter Claimant
	MARIAN LATASHA WILLIS

Dated: February 25, 2020	WILSON, ELSER, MOSKOWITZ,
	EDELMAN & DICKER LLP

	By: /s/ *B. Otis Felder*
	B. Otis Felder
	Ian Stewart
	Eric S. Wong
	Attorneys for Petitioner
	WILLIAMS SPORTS RENTALS, INC.

Stipulation and [Proposed] Order Continuing Motion to Lift the
Anti-Suit Injunction and Stay Further Proceedings	No. 2:17-cv-00653-JAM-EFB

2

McGUINN, HILLSMAN & PALEFSKY
535 Pacific Ave., Suite 100
San Francisco, CA 94133
(415) 421-9292

**ORDER**

The above Stipulation having been reviewed and considered, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondent/ Counter Claimant Marian Latasha Willis's Motion to Lift the Anti-suit Injunction and Stay Further Proceedings in Admiralty currently scheduled for March 10, 2020 be, and hereby is, continued to the new date of Tuesday, May 19, 2020, at 1:30 p.m. in Courtroom 6 of this Court.

Dated: 2/25/2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

Stipulation and [Proposed] Order Continuing Motion to Lift the
Anti-Suit Injunction and Stay Further Proceedings          No . 2:17-cv-00653-JAM-EFB

3

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Ave., Suite 100
San Francisco, CA 94133
(415) 421-9292