B. OTIS FELDER (CSB No. 177628)
Email: otis.felder@wilsonelser.com
*CSB Certified Admiralty & Maritime Specialist*
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Petitioner, Counter Defendant
and Third-Party Plaintiff
WILLIAMS SPORTS RENTALS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION OF WILLIAMS SPORTS RENTALS, INC. AS OWNER OF A CERTAIN 2004 YAMAHA WAVERUNNER FX 140 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No. 2:17-cv-00653-JAM-EFB<br><br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON WILLIS'S MOTION TO LIFT STAY AND ABATE LIMITATION PROCEEDINGS** |
| MARIAN LATASHA WILLIS, on behalf of the Estate of RAESHON WILLIAMS,<br><br>   *Respondent/Counter Claimant,*<br><br>v.<br><br>WILLIAMS SPORTS RENTALS, INC.,<br><br>   *Petitioner/Counter Defendant.* | |
| WILLIAMS SPORTS RENTALS, INC.,<br><br>   *Petitioner, Counter Defendant, and Third-party Plaintiff,*<br><br>v.<br><br>THOMAS SMITH, KAI PETRICH, BERKELEY EXECUTIVES, INC., ZIP, INC., and DOES 1-10,<br><br>   *Third-party Defendants.* | |

1

STIPULATION TO CONTINUE HEARING
3622904v.1

WHEREAS Respondent and Counter Claimant MARIAN LATSHA WILLIS, on behalf of herself, the Estate of RAESHON WILLIAMS ("Decedent") and Decedent's father, Claimant Coole Theophalus Williams (collectively "Willis") has filed a Motion (ECF No. 90) to lift the Rule F stay so she may proceed with an action against Petitioner, Counter Defendant, and Third-Party Plaintiff WILLIAMS SPORTS RENTALS, INC. ("WSR") in state court and to abate the federal limitation proceedings;

WHEREAS WSR requests Willis's responses to written discovery before serving its response to the motion that is due on May 5, 2020, and Willis requests until May 21, 2020 to complete those responses;

Willis and WSR stipulate that with permission of the Court, the hearing on Willis's motion be continued until **June 16, 2020** with WSR's response due no later than June 5, 2020.

### ORDER

Pursuant to the stipulation of the parties, the hearing on Counter Claimant Willis's motion (ECF No. 90) is continued to **June 16, 2020** at 1:30 p.m. WSR's response is due no later than June 5, 2020.

SO ORDERED  **(AS MODIFIED BY THE COURT)**

Dated:  April 23, 2020

/s/ John A. Mendez_____
Hon. John Mendez
U.S. DISTICT COURT JUDGE

2

STIPULATION TO CONTINUE HEARING
3622904v.1

1 So Stipulated.

2 Dated:  April 22, 2020

3 **WILSON, ELSER, MOSKOWITZ,**
4  **EDELMAN & DICKER LLP**

5 By: *s/ B. Otis Felder*
     B. Otis Felder
6    Attorneys for Petitioner, Counter Defendant, Third-Party Plaintiff
     WILLIAMS SPORTS RENTALS, INC.
7    E-mail: otis.felder@wilsonelser.com

8 **THE VEEN FIRM**
9

10 By: *s/ Steven A. Kroneberg* (as authorized on 4/22/20)
      Anthony L. Label
11    Steven A. Kronenberg
12    John R. Hillsman
      Attorneys for MARIAN LATASHA WILLIS
13    Personal Representative of the Estate of RAESHON WILLIAMS
14    Respondent and Counter Claimant

3