1  B. OTIS FELDER (CSB No. 177628)
   **CSB Certified Admiralty & Maritime Law Specialist**
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105-2725
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5  Email:  Otis.Felder@wilsonelser.com

6  Attorneys for Petitioner & Counter Defendant
   WILLIAMS SPORTS RENTALS, INC. ("WSR")
7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10                     IN ADMIRALTY

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION OF WILLIAMS SPORTS RENTALS, INC. AS OWNER OF A CERTAIN 2004 YAMAHA WAVERUNNER FX 140 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No. 2:17-cv-00653-KJM-JDP<br><br>Hon. Kimberly J. Mueller<br>Chief United States District Judge<br><br>**DECLARATION OF B. OTIS FELDER IN SUPPORT OF COUNTER DEFENDANT WSR'S MOTION FOR SUMMARY JUDGMENT BASED ON THIRD-PARTY DEFENDANT THOMAS SMITH'S ILLEGAL CONDUCT & EXHIBITS A-K THERETO** |
| MARIAN LATASHA WILLIS, on behalf of the Estate of RAESHON WILLIAMS,<br><br>*Respondent/Counter Claimant,*<br><br>v.<br><br>WILLIAMS SPORTS RENTALS, INC.,<br><br>*Petitioner/Counter Defendant.* | [FRCP 56, Admiralty Rule F(8), & LR 260]<br><br>Hearing Date:  Friday, Nov. 3, 2023<br>Hearing Time:  10:00 a.m.<br>Hearing Place:  Courtroom 3, 15th Floor |
| WILLIAMS SPORTS RENTALS, INC.,<br><br>*Petitioner, Counter Defendant, and Third-party Plaintiff,*<br><br>v.<br><br>THOMAS SMITH, KAI PETRICH, BERKELEY EXECUTIVES, INC., ZIP, INC., and DOES 1-10,<br><br>*Third-party Defendants.* | |
| AND RELATED ACTIONS | |

I, B. Otis Felder, hereby state and declare under penalty of perjury as follows:

1. I am over the age of 18 years, am an attorney representing Petitioner & Counter Defendant WILLIAMS SPORTS RENTALS, INC. ("WSR") in the above-referenced matter, have personal knowledge of the matters stated herein, and if called to testify, I could and would testify competently thereto. I provide this declaration in support of Petitioner Motion for Summary Judgment, pursuant to Fed. R. Civ. Proc., Rule 56 and LR 260 along with Supplemental Rules for Admiralty or Maritime Claims, Admiralty Rule F(8).

2. As a preliminary matter, I am certified as an Admiralty and Maritime Law Specialist by the California Board of Legal Specialization of the State Bar of California, have previously served on this Board as a Commissioner as well as the Commission's Chair, and have qualified to be and am a Proctor member of the Maritime Law Association of the United States since 2000. I am admitted to practice before all state and federal district courts in California as well as the United States Court of Appeals for the Ninth Circuit and the United States Supreme Court. I am also admitted in federal and state courts in Alaska, Hawai'i, Oregon, and Washington, as well as the District of Columbia. My primary practice in these courts concerns admiralty and maritime matters, including but not limited to limitation proceedings such as is being asserted by Petitioner in this case.

3. Attached and marked as WSR's **Exhibit A** is a true and correct copy of Counter-Claimant Willis' Response to Separate Statement of Undisputed Facts dated 08/15/17 (ECF No. 35-1) filed with this Court, upon WSR seeking summary judgment based on a lack of evidence supporting her claims for negligent entrustment, which the Court denied as premature (but granted dismissal based on inadequate factual pleadings). As provided in Exhibit A, Willis admitted various facts, including but not limited to Nos. 1 – 7 & 13-14, some of which as indicated are material to WSR's motion and identified in support of its Statement of Undisputed Facts.

4. Attached and marked as WSR's **Exhibit B** is a true and correct copy of the Joint Status Report dated 08/07/23 (ECF No. 170), in which the parties in section "a" stipulated to various issues and facts as undisputed, including Nos. 4, 9-12, referenced in support of WSR's motion and identified in support of its Statement of Undisputed Facts, filed separately herewith.

1    5.    Attached and marked as WSR's **Exhibit C** is a true and correct copy of a Declaration of James Montanari who was employed by WSR at Tahoe Keys Marina, located at 2435 Venice Drive in South Lake Tahoe and who attests to witnessing on August 13, 2016 a deputy with the El Dorado Sheriff Department pulling a young African-American male (Williams) out of the water who was not wearing a life jacket.  He also attests to his attached declaration (ECF No. 57-5) as to being accurate of his recollection of the events.

6.    Attached and marked as WSR's **Exhibit D** is a true and correct copy of an Order denying Motion for Summary Judgment in the state court proceedings by Willis (Alameda Superior Court Case No. RG17866531 (state court)) dated 12/27/2019 that I obtained from the state court's electronic docket.

7.    Attached and marked as WSR's **Exhibit E** is a true and correct copy of Willis' Memorandum in Opposition to Zip, Inc.'s Motion for Summary Judgment in the state court action, wherein Willis asserted that "PETRICH also admitted to the police that he knew his and SMITH's charter agreement prohibited passengers on their two jet skis and required anyone who used either vessel to wear a life jacket" as provides therein on p. 2, lns. 20-22 ("2:20-22').  Willis also argued that "PETRICH confessed to Officer Carlquist that while he was chartering their two jet skis, 'the rental staff' not only 'told' him 'that he and Mr. SMITH were the only" person 'allowed" aboard those two vessels but explicitly 'directed' him not to take any passengers out on the Lake" and that "PETRICH and SMITH also admitting violating those directions." Exh E at 3:-2-6.  Willis' counsel also asserts they asked Officer Carlquist about those admissions in her deposition, in which she testified that Petrich told her that Smith and Williams did not wear any type of life vest or flotation device before leaving the beach.

8.    Attached and marked as WSR's **Exhibit F** is a true and correct copy of the Declaration of John R. Hillsman and Request for Judicial Notice filed with the state court on Nov. 21, 2019, attaching excerpts of deposition transcripts, including that of Deputy Carlquist (Exhibit 1 thereto) with respect to the above referenced testimony along with that of Deputy O'Brien (Exhibit 2 thereto).

/ / /

9. Attached and marked as WSR's **Exhibit G** is a true and correct copy of an excerpt of Plaintiff Willis's Reponses to Special Interrogatories by Defendant Berkeley Executives, Inc., verified on Oct. 31, 2018 by Ms. Willis as indicated therein.

10. Attached and marked as WSR's **Exhibit H** is a true and correct copy of documents marked as WILLIS00001-17.

11. Attached and marked as WSR's **Exhibit I** is a true and correct copy of excerpts of the Response to Special [sic] Interrogatories by Claimant Willis dated May 21, 202 in these proceedings.

12. Attached and marked as WSR's **Exhibit J** is a true and correct copy of documents marked as WILLIS0000267-305.

13. Attached and marked as WSR's **Exhibit K** is a true and correct copy of Claimant Willis's Responses to Request for Admissions dated May 21, 2020 in these proceedings.

I declare under penalty of perjury of the laws of the United States that the foregoing is true of my own knowledge, that I am over the age of 18, and that if called as a witness, I could and would testify competently thereto.

Executed this 28th day of September 2023 at Los Angeles, California.

B. OTIS FELDER