## DECLARATION OF JAMES MONTANARI

I, JAMES MONTANARI, declare as follows:

1. I was employed by Williams Sports Rentals, Inc. (aka Tahoe Keys Boat Rental) located at Tahoe Keys Marina, 2435 Venice Drive, South Lake Tahoe, California on August 13, 2016 and reside in South Lake Tahoe, California.

2. I was assisting in the search in responding to a call that a possible passenger was in the water that day when I learned that the El Dorado Sherriff Department found his body. I watched them pull the body of a young African-American male, who was not wearing a life jacket, out of the water. I provided the attached declaration in November 2017 as to my recollection of these events. I understand a lawsuit has been filed by the mother of the man that drowned and that her lawyer has asked to take my deposition in South Lake Tahoe concerning what I know about the incident and my work at the rental company. My brother Cameron Montanari was also working there on the day of the incident and provided a statement about the events as well.

3. It would be more convenient for me to testify in a deposition in South Lake Tahoe where I currently live and work, and father (as well as act as an at-home teacher) to three young school age children than traveling over 190 miles to Oakland (taking at least 6 hours to travel roundtrip). Attending even trial for just part of a day in Oakland would be difficult for me, and it would be much more convenient and less expensive for me to testify in South Lake Tahoe near where I live and work than in having to go to Oakland.

I declare under penalty of perjury of the laws of California that the forgoing is true of my own knowledge, that I am over the age of 18, and that it called as a witness I could and would testify to the foregoing competently thereto. Executed February ___, 2021 in South Lake Tahoe, California.

By: _____
       JAMES MONTANARI

---

1
DECLARATION IN SUPPORT OF WSR'S MOTION TO TRANSFER VENUE
3781087v.2

I, JAMES MONTANARI, hereby state and declare under penalty of perjury as follows:

1. I was employed by Williams Sports Rental Inc. ("WSR") in South Lake Tahoe on August 13, 2016.

2. I was sent to assist the Sheriff Department or Coast Guard in anyway I could in responding to a call that a possible passenger was in the water.

3. I assisted in the search for a while in the water when a Sheriff Department boat found a body. I watched them pull the body out from under the water and put it in their boat and drive to the peer. The body was that of a young African-American male. He was not wearing a life jacket when he was pulled from the water.

4. I followed the Sheriff Department boat to where I could watch the deputies and others try to do CPR. At that point I tried to stay out of the way.

I declare under penalty of perjury of the laws of the United States that the foregoing is true of my own knowledge, that I am over the age of 18, and that if called as a witness I could and would testify competently thereto.

Executed this 3rd day of November 2017 at South Lake Tahoe, California.

*/s/ James Montanari* (original signature retained by attorney Felder
JAMES MONTANARI

2

DECLARATION OF JAMES MONTANARI
2857494v.1