```
 1  ANTHONY L. LABEL, NO. 205920
    STEVEN A. KRONENBERG, NO. 215541
 2  THE VEEN FIRM, P.C.
    20 Haight Street
 3  San Francisco, California 94102
    Telephone: (415) 673-4800
 4  Facsimile: (415) 771-5845
    AL.Team@VeenFirm.com
 5
    JOHN R. HILLSMAN (SBN 71220)
 6  MCGUINN, HILLSMAN & PALEFSKY
    535 Pacific Avenue
 7  San Francisco, CA  94133
    Telephone:    (415) 421-9292
 8  Facsimile:    (415) 403-0202

 9
    ATTORNEYS FOR  MARIAN LATASHA
10  WILLIS, acting as the duly appointed Personal
    Representative of the Estate of RAESHON
11  WILLIAMS (Deceased), PLAINTIFF
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| MARIAN LATASHA WILLIS, acting as the duly appointed Personal Representative of the Estate of RAESHON WILLIAMS (Deceased),<br><br>Plaintiff,<br><br>v.<br><br>ZIP, INC.; BERKELEY EXECUTIVES, INC.; KAI PETRICK; THOMAS SMITH; and DOES 1 to 100, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO: RG17866531<br>Assigned to Hon. Harry Jacobs, Dept. 22<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT BERKELEY EXECUTIVES, INC.'S SPECIAL INTERROGATORIES, SET ONE**<br><br>Action Filed:    September 18, 2017<br>Trial Date:       None Set |

PROPOUNDING PARTY:        DEFENDANT BERKELEY EXECUTIVES, INC.

RESPONDING PARTY:          PLAINTIFF MARIAN LATASHA WILLIS

SET NO.:                                 ONE

/ / /

620031.1

-1-

PLAINTIFF'S RESPONSE TO DEFENDANT BERKELEY EXECUTIVES, INC.'S SPECIAL INTERROGATORIES, SET ONE

THE VEEN FIRM, P.C.
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel (415) 673-4800
www.veenfirm.com

EXHIBIT G to FELDER DEC. (page 1)

19
20
21 **SPECIAL INTERROGATORY NO. 11:**
22    State all reasons for YOUR contention that DEFENDANT contributed to PLAINTIFF'S
23 DECEDENT'S death.
24 **RESPONSE TO SPECIAL INTERROGATORY NO. 11:**
25    Responding party objects to this interrogatory, because it calls for information protected
26 under the attorney-client privilege and work product doctrine. It also calls for expert opinion and
27 prematurely seeks expert discovery. Responding party further objects to the extent that the
28 interrogatory calls for a legal conclusion.

The Veen Firm, P.C.
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

620031.1                    -6-
PLAINTIFF'S RESPONSE TO DEFENDANT BERKELEY EXECUTIVES, INC.'S SPECIAL
INTERROGATORIES, SET ONE

EXHIBIT G to FELDER DEC. (page 2)

1    Subject to the foregoing, responding party replies that she understands that during the
2 early afternoon of August 13, 2016, Defendants, and each of them, rented, let, and/or chartered
3 the accident wave runner from its owner, Williams Sport Rentals, Inc.
4    Responding party understands that defendants, including propounding party, negligently,
5 carelessly, and improperly directed, ordered, or permitted Defendant Smith and Does 11 through
6 15 to use the accident wave runner to ferry Raeshon Williams across the navigable waters of Lake
7 Tahoe from Timber Cove to El Dorado Beach.
8    Responding party understands that defendant Smith departed Timber Cove at the controls
9 of the accident wave runner, with Raeshon Williams sitting right behind him, turned west toward El
10 Dorado Beach, and, operating that vessel in violation of Inland Rule 5, 33 U.S.C. § 2005, Inland
11 Rule 6, 33 U.S.C. § 2006, Inland Rule 7, 33 U.S.C. § 2007, Inland Rule 8, 33 U.S.C. § 2008, and
12 Inland Rule 18, 33 U.S.C. § 2018, *inter alia,* carelessly, negligently, and improperly navigated it
13 directly into an on- coming wake at a such high speed that both he and Raeshon Williams were
14 thrown overboard, and into the water, by the force of the impact, where Raeshon Wiliams
15 eventually drowned.
16    Responding party has suffered, and will continue to suffer, the permanent loss of Raeshon
17 Wiliams's care, comfort, services, guidance, training, instruction, advice, example, nurture, love,
18 affection, devotion, society, and consortium, all to their pecuniary damage in an amount in excess of
19 the jurisdictional limits of the Superior Court. Responding party also has incurred funeral and
20 burial expenses.
21    Responding party understands that Raeshon Williams was placed in great fear for his life
22 and physical well-being, and consciously suffered extreme, severe, and relentless mental and
23 emotional anguish and physical pain, and continued to suffer such pain and anguish for a
24 substantial period of time, until he died by drowning. Responding party also understands that
25 Raeshon Williams incurred a loss of future earnings and income.
26    Responding party also elects to proceed under Code Civ. Proc., sec. 2030.230. A response
27 to this interrogatory may be obtained from the El Dorado County Sheriff's Department report no.
28 EM1607277, previously produced.

THE VEEN FIRM, P.C.
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

620031.1                                -7-
PLAINTIFF'S RESPONSE TO DEFENDANT BERKELEY EXECUTIVES, INC.'S SPECIAL
INTERROGATORIES, SET ONE

EXHIBIT G to FELDER DEC. (page 3)

1  Rule 6, 33 U.S.C. § 2006, Inland Rule 7, 33 U.S.C. § 2007, Inland Rule 8, 33 U.S.C. § 2008, and
2  Inland Rule 18, 33 U.S.C. § 2018, *inter alia,* carelessly, negligently, and improperly navigated it
3  directly into an on- coming wake at a such high speed that both he and Raeshon Williams were
4  thrown overboard, and into the water, by the force of the impact, where Raeshon Wiliams
5  eventually drowned.
6       Responding party has suffered, and will continue to suffer, the permanent loss of Raeshon
7  Wiliams's care, comfort, services, guidance, training, instruction, advice, example, nurture, love,
8  affection, devotion, society, and consortium, all to their pecuniary damage in an amount in excess of
9  the jurisdictional limits of the Superior Court. Responding party also has incurred funeral and
10 burial expenses.
11      Responding party understands that Raeshon Williams was placed in great fear for his life
12 and physical well-being, and consciously suffered extreme, severe, and relentless mental and
13 emotional anguish and physical pain, and continued to suffer such pain and anguish for a
14 substantial period of time, until he died by drowning. Responding party also understands that
15 Raeshon Williams incurred a loss of future earnings and income.
16      Responding party also elects to proceed under Code Civ. Proc., sec. 2030.230. A response
17 to this interrogatory may be obtained from the El Dorado County Sheriff's Department report no.
18 EM1607277, previously produced.
19 **SPECIAL INTERROGATORY NO. 42:**
20      If YOU contend that DEFENDANT was in responsible [sic] for YOUR damages arising
21 out of the INCIDENT, please state the name, address and telephone number of each witness with
22 knowledge of facts supporting that contention.
23 **RESPONSE TO SPECIAL INTERROGATORY NO. 42:**
24      1.   Marian Willis, who may be reached through counsel.
25      2.   Colee Williams, Fresno, CA, 559-721-8687
26      3.   Colee Williams, Jr., 2233 9th St., Apt. 5, Berkeley, CA 94710, 510-779-4550
27      4.   Devon Williams, 2600 San Leandro Blvd., Apt. 1206, San Leandro, CA 94578,
28           415-589-9120

The Veen Firm, P.C.
20 Haight Street
San Francisco, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

620031.1                                   -16-
PLAINTIFF'S RESPONSE TO DEFENDANT BERKELEY EXECUTIVES, INC.'S SPECIAL
                    INTERROGATORIES, SET ONE

EXHIBIT G to FELDER DEC. (page 4)

|   |     |                                                                                   |
|---|-----|-----------------------------------------------------------------------------------|
| 1 | 5.  | Darion Willis, 2233 9th St., Apt. 5, Berkeley, CA 94710, 510-434-4653             |
| 2 | 6.  | Daidre Johnson, 14365 Bancroft Ave., San Leandro, CA 94578, 510-866-4968          |
| 3 | 7.  | Cierra Williams, 2127 23rd Ave., Oakland, CA 94606, 510-426-3105                  |
| 4 | 8.  | Dianna Willis, 3009 Stanton St., Berkeley, CA 94702, 510-715-8427                 |
| 5 | 9.  | Rachel Willis, 6465 Foothill Blvd., Apt. 402, Oakland, CA 94605, 510-830-7188     |
| 6 | 10. | Traci Williams, 4838 Ralin Court, Atlanta, GA 30331, 770-905-7303                 |
| 7 | 11. | Willie Willis, 5023 Longbranch Way, Antioch, CA 94531, 510-390-3147               |
| 8 | 12. | Tulisha Holoman, 512-709-6775                                                     |

Responding party also elects to proceed under Code Civ. Proc., sec. 2030.230. A response to this interrogatory may be obtained from the El Dorado County Sheriff's Department report no. EM1607277 (WILLIS000001-17), as well as WILLIS000018-20 and WILLIS000240-253,

**SPECIAL INTERROGATORY NO. 43:**

If YOU contend that DEFENDANT was in responsible [sic] for YOUR damages arising out of the INCIDENT, please identify all DOCUMENTS which support that contention.

**RESPONSE TO SPECIAL INTERROGATORY NO. 43:**

Responding party objects to this interrogatory, because it calls for information protected under the attorney-client privilege and work product doctrine. It also prematurely seeks expert discovery and documents that are equally available. Subject to the foregoing, responding party replies: WILLIS000001-266.

AS TO OBJECTIONS ONLY:

DATED: November 2, 2018                    THE VEEN FIRM, P.C.

By: /s/ A. G. Label
Anthony L. Label
Steven A. Kronenberg
Attorneys for MARIAN LATASHA WILLIS, acting as the duly appointed Personal Representative of the Estate of RAESHON WILLIAMS (Deceased)

620031.1   -17-
PLAINTIFF'S RESPONSE TO DEFENDANT BERKELEY EXECUTIVES, INC.'S SPECIAL INTERROGATORIES, SET ONE

THE VEEN FIRM, P.C.
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

EXHIBIT G to FELDER DEC. (page 5)

# VERIFICATION

I declare that:

I am a Plaintiff in the above-entitled action; I am familiar with the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANT BERKELEY EXECUTIVES, INC.'S SPECIAL INTERROGATORIES, SET ONE**

The information supplied therein is based on my own personal knowledge and/or has been supplied by my attorneys or other agents and is therefore provided as required by law. The information contained in the foregoing document is true, except as to matters which were provided by my attorneys and other agents, and, as to those matters, I am informed and believe that they are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This verification was executed on October 31, 2018, at San Francisco, California.

Marian Latasha Willis

THE VEEN FIRM, P.C.
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

620982.1

-1-