# EL DORADO COUNTY SHERIFF

300 FAIR LANE
PLACERVILLE, CA 95667
(530) 621-5655
(530) 626-8163

**CONTROLLED DOCUMENT**
Released to THE VEEN FIRM
By T. CARLSON Date 12/27/16
EL DORADO COUNTY SHERIFF'S OFFICE

**EM1607277**
Case Number

| Reporting Officer | Reporting Officer | Reporting Officer | Reporting Officer | Case Title |
|---|---|---|---|---|
| COONEY C | ALMOS G | | | DEATH INVESTIGATION |

| 1st Code Section | 2nd Code Section | 3rd Code Section | 4th Code Section | Date / Time Reported | Date / Time / Day (From) | Date / Time / Day (To) |
|---|---|---|---|---|---|---|
| 27491 GC | | | | 08/13/16 19:38 | 08/13/16 18:00 | 08/13/16 19:50 |

| Street Address | Cross Street |
|---|---|
| 3411 LAKE TAHOE BL, SO LAKE TAHOE | BIJOU ST |

CORONER / ACCIDENT / DROWNING

## VICTIM(s)

| NO. | Name (Last, First, Middle) | |
|---|---|---|
| 01 | WILLIAMS, RAESHON LAVELL | AGE: 22 |

## NON SUSPECT(s)

| NO. | Name (Last, First, Middle) | |
|---|---|---|
| 01 | MILLER, DYLAN | ADULT |
| 02 | SMITH, THOMAS GORDON | ADULT |
| 03 | VANWINKLE, ERIK | ADULT |
| 04 | JAMES, BREANNE | ADULT |
| 05 | WILLIAMS, DEVON | ADULT |
| 06 | WILLIS, MARIAN LATASHA | ADULT |

### Attachments: Image (JPG) files

| Image Type | Date | Description | Type | # | Count | Image |
|---|---|---|---|---|---|---|
| Q | 08/14/2016 | TIMBER COVE PIER | CASE | 01 | 001 | 16E25387 |
| Q | 08/14/2016 | DECEDENT | CASE | 01 | 002 | 16E25388 |
| Q | 08/14/2016 | DECEDENT | CASE | 01 | 003 | 16E25389 |
| Q | 08/14/2016 | DECEDENT | CASE | 01 | 004 | 16E25390 |
| Q | 08/14/2016 | DECEDENT | CASE | 01 | 005 | 16E25391 |
| Q | 08/14/2016 | JET SKI DECEDENT FELL OFF OF | CASE | 01 | 006 | 16E25392 |
| Q | 08/18/2016 | AUTOPSY PHOTOS-DECEDENT WILLIA | CASE | 01 | 007 | 16E25791 |
| Q | 08/18/2016 | AUTOPSY PHOTOS-DECEDENT WILLIA | CASE | 01 | 008 | 16E25792 |
| Q | 08/18/2016 | AUTOPSY PHOTOS-DECEDENT WILLIA | CASE | 01 | 009 | 16E25793 |
| Q | 08/18/2016 | AUTOPSY PHOTOS-DECEDENT WILLIA | CASE | 01 | 010 | 16E25794 |
| Q | 08/18/2016 | AUTOPSY PHOTOS-DECEDENT WILLIA | CASE | 01 | 011 | 16E25795 |
| Q | 08/18/2016 | AUTOPSY PHOTOS-DECEDENT WILLIA | CASE | 01 | 012 | 16E25796 |
| Q | 08/18/2016 | AUTOPSY PHOTOS-DECEDENT WILLIA | CASE | 01 | 013 | 16E25797 |
| Q | 08/18/2016 | AUTOPSY PHOTOS-DECEDENT WILLIA | CASE | 01 | 014 | 16E25798 |
| Q | 08/18/2016 | AUTOPSY PHOTOS-DECEDENT WILLIA | CASE | 01 | 015 | 16E25799 |
| Q | 08/18/2016 | AUTOPSY PHOTOS-DECEDENT WILLIA | CASE | 01 | 016 | 16E25800 |
| Q | 08/18/2016 | AUTOPSY PHOTOS-DECEDENT WILLIA | CASE | 01 | 017 | 16E25801 |
| Q | 08/18/2016 | AUTOPSY PHOTOS-DECEDENT WILLIA | CASE | 01 | 018 | 16E25802 |
| Q | 08/18/2016 | AUTOPSY PHOTOS-DECEDENT WILLIA | CASE | 01 | 019 | 16E25803 |
| Q | 08/18/2016 | AUTOPSY PHOTOS-DECEDENT WILLIA | CASE | 01 | 020 | 16E25804 |

### Attachments: Supplemental Narratives

| Supplement Number | Date | Description |
|---|---|---|
| 01 | 08/15/2016 | AUTOPSY REQUEST |
| 02 | 08/18/2016 | PRELIMINARY AUTOPSY RESULTS |
| 03 | 12/21/2016 | FINAL AUTOPSY REPORT |

Copies To

Signature Verifying Original Copy of Case: _____  Date: _____

Released By: _____  Received By: _____  Date: _____

12/26/2016 11:09:18AM
Print Date/Time

controlled document, duplication or re-issuance controlled by law.

Page No. 1

WILLIS000001

EXHIBIT H to FELDER DEC. (p. 1)

# EL DORADO COUNTY SHERIFF

300 FAIR LANE
PLACERVILLE, CA 95667
(530) 621-5655
(530) 626-8163

**EM1607277**
Case Number

## Victim's Confidential Personal Information

The following is considered confidential personal information as per California Penal code 964(b) and is provided below to be disseminated in accordance with an agreeable procedure between local law enforcement, the district attorney and the courts to protect the victims and witnesses of crimes.

| | VICTIM(s) | |
|---|---|---|
| NO. 01 | Name (Last, First, Middle)<br>**WILLIAMS, RAESHON LAVELL** | |
| | Primary Address<br>3857 LOS ALTOS PL, | PITTSBURG, CA 94565 |
| | Secondary Address<br>, | , |
| | DECEDENT | |

WILLIS000002

EXHIBIT H to FELDER DEC. (p. 2)

# EL DORADO COUNTY SHERIFF
300 FAIR LANE
PLACERVILLE, CA 95667
(530) 621-5655
(530) 626-8163

**EM1607277**
Case Number

## Witness Confidential Personal Information

The following is considered confidential personal information as per California Penal code 964(b) and is provided below to be disseminated in accordance with an agreeable procedure between local law enforcement, the district attorney and the courts to protect the victims and witnesses of crimes.

### NON SUSPECT(s)

| NO. | Name (Last, First, Middle) | Primary Address | Secondary Address | Notes |
|---|---|---|---|---|
| 01 | MILLER, DYLAN | 3857 LOS ALTOS | | |
| 02 | SMITH, THOMAS GORDON | 1401 PARK | | |
| 03 | VANWINKLE, ERIK | 2905 LINCOLN | | |
| 04 | JAMES, BREANNE | 887 EMERALD BAY | | TRANSPORTED DECEDENT TO MORTUARY |
| 05 | WILLIAMS, DEVON | | | BROTHER OF DECEDENT |
| 06 | WILLIS, MARIAN LATASHA | 2233 9TH | SAME AS ABOVE | MOTHER OF DECEDENT |

12/26/2016 11:09:18AM
Print Date/Time

controlled document, duplication or re-issuance controlled by law.

Page No. 3

WILLIS000003

EXHIBIT H to FELDER DEC. (p. 3)

**El Dorado County Sheriff's Office**
300 Fair Lane
Placerville, CA  95667

CA00900
Phone 530-621-5655
Fax 530-626-8163

| Case Number | Date | Deputy |
|---|---|---|
| **EM1607277** | **08/14/16**<br>Primary Narrative | **COONEY C** |

## CORONER'S INVESTIGATION NARRATIVE

**Synopsis**: A death investigation was conducted.

**Scene Examination/Where Death Confirmed**: *(Inside/Outside, Weather Condition, Temperature, Evidence/Property Collection)*:

SCENE:  Outside on wooden dock in Timber Cove, South Lake Tahoe
WEATHER:  Outside weather thermostat on iPhone stated 75 degrees Fahrenheit
EVIDENCE:  Photographs attached to report
PROPERTY:  None

**Decedent Position/Condition**: *(Supine, Prone, etc./ Lividity, Rigor Mortis, Wounds, IV's, Catheters, etc.)*:

POSITION:  Decedent found Supine on yellow plastic backboard on wooden dock
LIVIDITY:  None observed
RIGOR MORTIS:  Decedent's body / limbs were stiff and cool to the touch
MEDICAL EQUIPMENT:  Plastic tubing extending from decedent's mouth, with blue and white plastic straps holding tube in place.  Two large square medical patches on decedent's torso.  Multiple small round medical patches on decedents torso and lower extremities.

**Special Conditions**: *(CPR, Life Saving Attempts)*:

Cardio Pulmonary Resuscitation (CPR) was performed.

**Method of Decedent Identification**: *(Photo, Relative/Acquaintance, other)*:

The decedent was identified by his co-workers, who were with him at the time of the watercraft accident.

**Decedent Personal Info**: *(Physical Description, DDL, SSN, Clothing, Marks, etc.)*:

NAME: Williams, Raeshon Lavell
DL#: E1089133
SSN#: Unknown
HEIGHT: 6 feet 1 inch
WEIGHT: 185 pounds
EYES: Brown

**El Dorado County Sheriff's Office**
300 Fair Lane
Placerville, CA  95667

CA00900
Phone 530-621-5655
Fax 530-626-8163

HAIR: Black
CLOTHES: White, Red, and Black Basketball shorts, grey underwear

**Death Certificate Information**:
1. **Date/Time Last Seen Alive**: 08-13-2016 at approximately 1800 hours
   a.) By Whom:  Thomas Gordon Smith
2. **Date/Time Discovered**: 08-13-2016 at approximately 1844 hours
   a.) By Whom: EDSO Deputy Sherry and Vanarnum (Marine 3)
3. **Date/Time Pronounced Dead**: 08-13-2016 at approximately 1950 hours
   a.) By Whom:  South Lake Tahoe Paramedic Nathaniel Monck (Paramedic 1)
4. **Date/Time of Death Confirmation**: 08-13-2016 at approximately 1951 hours
   a.) By Whom: Deputy Almos

**Terminal Event Information**:
2. **Estimated Date/Time of Event**: 08-13-2016 at approximately 1800 hours
3. **Location of Event Causing Death**: *(Number, Street, City, Zip)*: 3411 Lake Tahoe Blvd. South Lake Tahoe CA 96150
4. **Describe How Event Occurred**: *(Auto Collision, Hanging, etc.)*:  Undetermined
5. **Event Occurred at Work**: *(Yes/No)*: No
   **If Yes, contact CAL/OCHA at (916)263-2800 within 8 hours of initial report.**

**Details**: *(Witness Statement(s), Terminal Event, Medical History)*:

On 08-13-2016 at approximately 1938 hours, I responded to the Timer Cove Pier, 3411 Lake Tahoe Blvd. South Lake Tahoe, regarding a death investigation.  El Dorado County Sheriff's Office dispatch received a call regarding a male subject who was missing in the water near Timber Cove in Lake Tahoe.  The missing subject was riding on the back of a jet ski, driven by a second male subject. Both subjects were thrown from the Jet Ski, but only one subject made it back to the watercraft.

El Dorado County Sherriff's Office Marine 3 responded to the area of Timber Cove to conduct an area check.  Deputy Almos coordinated with the California Highway Patrol helicopter, H20, who responded and conducted and overhead search for the missing subject, believed to be in the water, possibly not wearing a life jacket.

El Dorado County Sheriff's Office Marine 3 located an unresponsive subject in the water, believed to be the missing subject.  Marine 3 transported the subject to the Timber Cove Pier where lifesaving attempts were made and Cardio Pulmonary Resuscitation (CPR) was performed.

On 08-13-2016 at approximately 1950 hours, Nathaniel Monck, Paramedic Unit #1, pronounced death.  Deputy Almos confirmed death at approximately 1951 hours.

I arrived on scene and contacted South Lake Police Department Officer Nava, who was standing by with three male subjects who were with the decedent when the incident occurred.  Officer Nava introduced me to Thomas Smith, Dylan Miller and Erik VanWinkle.  All three subjects worked with the decedent at Zip Inc. in marketing and advertising.  The subjects had rented a house in the Tahoe

Print Date / Time
12/26/2016 11:09:00 AM

File Number
M1607277.DOC

Page Number
2 of 5

WILLIS000005

EXHIBIT H to FELDER DEC. (p. 5)

**El Dorado County Sheriff's Office**
300 Fair Lane
Placerville, CA 95667

CA00900
Phone 530-621-5655
Fax 530-626-8163

Keys and were visiting South Lake Tahoe as a team building work trip. Officer Nava stood by with Smith, Miller and VanWinkle as I contacted Marine 3 and the South Lake Tahoe Fire Department at the end of the Pier in Timber Cove. All three subjects were kept separated until individual statements were obtained.

I contacted Deputy Almos at the end of the Timber Cove Pier. I observed the decedent lying supine on a yellow plastic backboard with a white sheet covering him. Deputy Almos advised Paramedic Nathaniel Monck pronounced death at approximately 1950 hours. Deputy Almos confirmed death at approximately 1951 hours.

Marine 3 (Deputies Sherry and Vanarnum) had located the decedent in the water during the search and rescue. They provided CPR and rescue breathing as they transported the subject to the Timer Cove Pier where South Lake Tahoe Fire Department personnel were staged. For further details regarding the location and recovery of the decedent, refer to the search and rescue report, EG16-07278.

The decedent was wearing burgundy, black and white basketball style shorts, with grey underwear. The decedent was not wearing any shoes or a shirt. I did not observe any scars, marks or tattoos on the decedent. The decedent was not wearing any jewelry. I observed medical tubing extending from the decedent's mouth, as well as various sized medical patches on the decedent's torso and lower extremities. The decedent did not have any visible injuries or unusual markings. The decedent was cold to the touch and his limbs were stiff.

I photographed the scene where the decedent was located, as well as the red and white Yamaha Jet Ski #CF5408LE that the decedent was riding as a passenger when he fell off. The Jet Ski was tied to the end of the Timber Cove dock and was rented from Tahoe Keys rentals. The group rented two Jet Ski's in total. The group was staying at 2075 Slalom Court, a vacation rental house, and had arrived in South Lake Tahoe on 08-13-2016.

At approximately 2020 hours, McFarlane's Mortuary employee, Breanne James, arrived and removed the decedent from the scene.

I contacted Thomas Smith who explained the following in summary.

> Smith was the driver of the Jet Ski which the decedent was the passenger of. Smith was shuttling members of their work group between Timber Cove and El Dorado Beach. The decedent asked Smith for a ride from Timber Cove, back to El Dorado Beach. Smith and the decedent were not wearing flotation devices while they were on the Jet Ski.
>
> Smith began to exit the cove and turn west towards El Dorado Beach. The decedent was on the Jet Ski for approximately 30 seconds as they headed west from Timber Cove. As Smith was turning west, he hit a large wake from a vessel, causing him and the decedent to be thrown from the Jet Ski. Smith was able to re-orient himself in the water and swam back to the Jet Ski. Smith did not see the decedent after he was thrown from the Jet Ski.

Print Date / Time
12/26/2016 11:09:00 AM

File Number
M1607277.DOC

Page Number
3 of 5

WILLIS000006

EXHIBIT H to FELDER DEC. (p. 6)

**El Dorado County Sheriff's Office**
300 Fair Lane
Placerville, CA 95667

CA00900
Phone 530-621-5655
Fax 530-626-8163

Miller and VanWinkle were on a second Jet Ski in the area. Miller was wearing a flotation device, but VanWinkle was not. Miller and VanWinkle came to Smith as he was attempting to get back onto the Jet Ski, approximately 30 seconds since they had been thrown into the water. Smith told Miller and VanWinkle that he did not know where the decedent was.

Miller and VanWinkle began circling the area looking for the decedent. VanWinkle removed a cell phone from the Jet Ski and called 911 to report a passenger had been thrown into the water from a Jet Ski and was missing. Emergency personnel responded to the scene and conducted a search and rescue.

Smith stated he had consumed alcohol, but did not appear to be intoxicated.

END OF STATEMENT

Miller and Vanwinkle stated that they did not see Smith and the decedent fall off of the Jet Ski, but came upon Smith in the water attempting to get back on the Jet Ski approximately 30 seconds after the incident occurred. Vanwinkle stated that after not being able to find the decedent for a few minutes, he removed a cell phone from inside the Jet Ski he was riding and called 911 to report the incident.

South Lake Tahoe Police Department Boating Safety Officers H. Carlquist and S. Obrien responded to the scene and conducted a vessel accident report. South Lake Tahoe Police Department Officer Nava conducted a death report, #1608-1264.

At approximately 2045 hours, South Lake Tahoe Police Department Boating Safety Officer Obrien was interviewing a subject when a subject with the group handed him a cell phone. A member with the group had called the decedent's brother Devon Williams and informed him that his brother was deceased. Officer Obrien confirmed the decedent's death to him brother, Devon Williams, who lives in the bay area. Devon Williams called the decedent's mother, Marian Willis and gave her a death notification.

I contacted Devon Williams at approximately 2205 hours and provided him with a death notification, although he was already aware. I provided him with information regarding the investigation process and McFarlane's Mortuary contact information. I asked Devon Williams if he would like me to speak with the decedent's mother and he advised she was too distraught to speak with me at this time.

**Transportation/Mortuary Info**: *(Date/Time, By Whom, Location)*:

TRANSPORTATION: 08-13-2016 at approximately 2040 hours
COMPANY: McFarlane Mortuary
LOCATION: 887 Emerald Bay Road, South Lake Tahoe, CA 96150
PHONE: 530-541-3095
EMPLOYEE: James, Breanne

Print Date / Time
12/26/2016 11:09:00 AM

File Number
M1607277.DOC

Page Number
4 of 5
WILLIS000007

EXHIBIT H to FELDER DEC. (p. 7)

**El Dorado County Sheriff's Office**
300 Fair Lane
Placerville, CA 95667

CA00900
Phone 530-621-5655
Fax 530-626-8163

**Notification of Next of Kin:** *(Name, Address, Phone, Date/Time of Notification, By Whom/Agency)*:

NAME: Williams, Devon (Decedent's Brother)
ADDRESS: Unknown
PHONE: 510-269-0173

Notification of the decedent's death was made by South Lake Police Department, Officer Obrien #105 on 08-13-2016 at approximately 2100 hours.

**Property Sealed by Coroner:** *(Residence/Vehicle, Date/Time)*:

None

**Property Released By:** *(Description, Date/Time)*:

None

**Follow-up:**

Forward this report to the Coroners Detectives for review.

☐ **Attachments**

Approved by : SGT YARBROUGH    Date : 08/15/2016 05:24 AM

Print Date / Time
12/26/2016 11:09:00 AM

File Number
M1607277.DOC

Page Number
5 of 5
WILLIS000008

EXHIBIT H to FELDER DEC. (p. 8)

EM16-7277

## EL DORADO PATHOLOGY MEDICAL GROUP

### MICHAEL C. BERRY, M.D.
### 1000 FOWLER WAY, SUITE 4, PLACERVILLE, CA 95667-5738
### (530) 626-2608

### AUTOPSY REPORT

| | | | |
|---|---|---|---|
| **PATIENT:** | WILLIAMS, RAESHON | **ACCESSION#:** | A16-0179 |
| | | **CASE #:** | EM16-7277 |
| **AGE:** 22 | **DOB:** 11/16/1993 | **DATE COLLECTED:** | 08/15/2016 |
| **PHYSICIAN:** | | **DATE RECEIVED:** | 08/15/2016 |
| **LOCATION:** | MCFARLANE/TAHOE | **DATE REPORTED:** | 12/01/2016 |

### EXTERNAL EXAMINATION:

The body is that of a well-developed, well-nourished African-American male whose external appearance is consistent with the stated age. The body is identified by a name band on the left ankle. The body is cool to touch and unembalmed. Rigor is well developed in the upper extremities and at the jaw. There is no appreciable lividity. An endotracheal tube is present in the mouth. Multiple EKG pads and defibrillator pads are present on the trunk. An intrathecal catheter is present in the right deltoid area. The head is atraumatic, normocephalic, and covered by black hair measuring up to 2 inches in length. The bones of the face are palpably intact. A goatee and mustache are present. The irides are brown in color, and the pupils equal bilaterally, measuring 4 mm in diameter. The corneas are somewhat cloudy. The nose is unremarkable. The natural teeth are present and in good repair. The ears are unremarkable. The neck has a palpable midline trachea. The chest is of normal diameter without crepitus to palpation. The abdomen is flat without palpable organomegaly or scarring. The upper and lower extremities are normally muscled. The hands and feet are free of trauma. There is an area of remote scarring on the right patella with slight keloidal changes. The external genitalia are those of an adult male. The scrotum is unremarkable. The anus is atraumatic without evidence of secretion. The back is free of trauma.

### PRIMARY INCISION AND BODY CAVITIES:

The body is opened with the usual Y-shaped incision, revealing intact ribs. A very small pericardial effusion is seen.

### NECK:

The organs of the neck are normally situated. The trachea is midline and free of obstruction. The hyoid bone and thyroid cartilage are palpably intact.

1

WILLIS000009

EM16-7277

## EL DORADO PATHOLOGY MEDICAL GROUP

### MICHAEL C. BERRY, M.D.
### 1000 FOWLER WAY, SUITE 4, PLACERVILLE, CA 95667-5738
### (530) 626-2608

### AUTOPSY REPORT

| PATIENT: | WILLIAMS, RAESHON | ACCESSION#: | A16-0179 |
|---|---|---|---|
| | | CASE #: | EM16-7277 |
| AGE: 22 | DOB:  11/16/1993 | DATE COLLECTED: | 08/15/2016 |
| PHYSICIAN: | | DATE RECEIVED: | 08/15/2016 |
| LOCATION: | MCFARLANE/TAHOE | DATE REPORTED: | 12/01/2016 |

### HEART:

The heart is normally positioned weighing an estimated 320 gm. The coronary arteries are normally disposed and demonstrate no atherosclerotic disease. Sectioning through the heart reveals beefy red-tan myocardium without infarction. The left ventricular wall measures 1.5 cm in thickness laterally. The mitral and aortic valve leaflets are thin and delicate. The distal abdominal aorta shows no atherosclerotic change.

### LUNGS:

The lungs are normally positioned. The left lung weighs an estimated 500 grams and the right lung an estimated 600 grams. There is no subpleural anthracotic pigment deposition. The major airways contain frothy reddish material. No pulmonary emboli are seen. Areas of geographic purplish discoloration of the lung parenchyma are identified. Sectioning through the lungs reveals congestion and mild edema. No areas of consolidation or mass lesion are identified.

### GASTROINTESTINAL TRACT:

The GI tract is intact throughout its length. The esophagus is lined by the usual gray-tan mucosa without ulceration or nodularity. The stomach contains abundant gas. The small and large bowel are grossly unremarkable.

### HEPATOBILIARY:

The liver is normally positioned weighing an estimated 1400 grams. The capsule is intact. The cut surface of the liver is tan-brown in color without fibrosis. The gallbladder is thin walled without calculi.

### PANCREAS:

The peripancreatic fat is minimal. The cut surface of the pancreas has the usual lobulated gray-tan parenchyma without cystic change or mass lesion.

EM 16-7277

## EL DORADO PATHOLOGY MEDICAL GROUP

### MICHAEL C. BERRY, M.D.
1000 FOWLER WAY, SUITE 4, PLACERVILLE, CA 95667-5738
(530) 626-2608

### AUTOPSY REPORT

| | | | |
|---|---|---|---|
| **PATIENT:** | WILLIAMS, RAESHON | **ACCESSION#:** | A16-0179 |
| | | **CASE #:** | EM16-7277 |
| **AGE:** 22 | **DOB:** 11/16/1993 | **DATE COLLECTED:** | 08/15/2016 |
| **PHYSICIAN:** | | **DATE RECEIVED:** | 08/15/2016 |
| **LOCATION:** | MCFARLANE/TAHOE | **DATE REPORTED:** | 12/01/2016 |

### GENITOURINARY:

The kidneys are normally positioned, each weighing an estimated 180 gm. The capsules strip with ease, revealing an underlying cortical surface that is smooth and tan in color. The cut surface of both kidneys reveals a sharp distinction between cortex and medulla. The collecting system is patent, nondilated, and empties into a bladder containing a small amount of clear yellow urine. The bladder mucosa has the usual trabeculated pattern. The prostate gland is not enlarged.

### LYMPHORETICULAR:

The spleen is normally positioned weighing an estimated 200 gm. The capsule is intact. The cut surface of the spleen is purple with distinct red and white pulp areas. No infarcts or mass lesions are seen. There is no significant lymphadenopathy.

### ENDOCRINE:

The thyroid gland is unremarkable. The adrenal glands are normal in position, shape, color, and size.

### SPECIMENS FOR TOXICOLOGY:

Heart blood is submitted for toxicologic analysis. Testing for communicable disease will also be performed.

### SPECIMENS FOR PATHOLOGY:

Representative sections of all major organs are retained for pathologic analysis.

3

WILLIS000011

EXHIBIT H to FELDER DEC. (p. 11)

EM16-7277

## EL DORADO PATHOLOGY MEDICAL GROUP

### MICHAEL C. BERRY, M.D.
1000 FOWLER WAY, SUITE 4, PLACERVILLE, CA 95667-5738
(530) 626-2608

### AUTOPSY REPORT

| | | | |
|---|---|---|---|
| **PATIENT:** | WILLIAMS, RAESHON | **ACCESSION#:** | A16-0179 |
| | | **CASE #:** | EM16-7277 |
| **AGE:** 22 | **DOB:** 11/16/1993 | **DATE COLLECTED:** | 08/15/2016 |
| **PHYSICIAN:** | | **DATE RECEIVED:** | 08/15/2016 |
| **LOCATION:** | MCFARLANE/TAHOE | **DATE REPORTED:** | 12/01/2016 |

**AUTOPSY FINDINGS:**

I. DROWNING.

II. SMALL PERICARDIAL EFFUSION.

III. PULMONARY CONGESTION AND MILD EDEMA.

IV. REMOTE SCAR, RIGHT PATELLA.

MCB: rh

**MICROSCOPIC:**

**HEART:**

Sections through the heart reveal no abnormalities.

**LUNGS:**

Sections through the lungs reveal marked congestion and mild edema.

**LIVER:**

Sections through the liver reveal no abnormalities.

**KIDNEYS:**

Sections through the kidneys reveal no abnormalities.

**TOXICOLOGY:**

Heart blood was submitted for toxicologic analysis. The following substances were detected: ethanol was present at a concentration of 98 mg/dL (blood alcohol concentration = 0.098 grams %), and delta-9 carboxy THC = 10 ng/mL. Caffeine was also detected.

4

WILLIS000012

EXHIBIT H to FELDER DEC. (p. 12)

EM16-7277

# EL DORADO PATHOLOGY MEDICAL GROUP

MICHAEL C. BERRY, M.D.
1000 FOWLER WAY, SUITE 4, PLACERVILLE, CA 95667-5738
(530) 626-2608

## AUTOPSY REPORT

| | | | |
|---|---|---|---|
| **PATIENT:** | WILLIAMS, RAESHON | **ACCESSION#:** | A16-0179 |
| | | **CASE #:** | EM16-7277 |
| **AGE:** 22 | **DOB:** 11/16/1993 | **DATE COLLECTED:** | 08/15/2016 |
| **PHYSICIAN:** | | **DATE RECEIVED:** | 08/15/2016 |
| **LOCATION:** | MCFARLANE/TAHOE | **DATE REPORTED:** | 12/01/2016 |

**CAUSE OF DEATH:**

I.   DROWNING (MINUTES).


MCB:sb

_____
Michael C. Berry, MD

EM16-7277



**NMS Labs**
3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

## Toxicology Report

**Report Issued** 11/30/2016 13:56

To: 27C
El Dorado County Coroner
Attn: Michael Berry MD
300 Fair Lane
Placerville, CA  95667

**Patient Name** WILLIAMS RAESHON M
**Patient ID** EM16-7277
**Chain** 63850
**Age** 22 Y    **DOB** 11/16/1993      A16-179
**Gender** Male
**Workorder** 16267100

Page 1 of 4

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Ethanol | 98 | mg/dL | 001 - Blood |
| Blood Alcohol Concentration (BAC) | 0.098 | g/100 mL | 001 - Blood |
| Caffeine | Positive | mcg/mL | 001 - Blood |
| Delta-9 Carboxy THC | 10 | ng/mL | 001 - Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 8052B | Postmortem, Expanded, Blood (Forensic) |
| 7049B | Hepatitis C Antibody, Blood - Send Out |
| 7033B | HIV 1/2 Screen - Send Out |
| 7053B | Hepatitis B Surface Antigen, Blood - Send Out |

### Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 10.75 mL | 08/15/2016 | Blood | |
| 002 | Gray Top Tube | 9.25 mL | 08/15/2016 | Blood | |

All sample volumes/weights are approximations.
Specimens received on 09/01/2016.

NMS v.16.0

WILLIS000014

EXHIBIT H to FELDER DEC. (p. 14)

EM16-7277



**CONFIDENTIAL**

| Workorder | 16267100 |
| Chain | 63850 |
| Patient ID | EM16-7277 |

Page 2 of 4

### Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Ethanol | 98 | mg/dL | 10 | 001 - Blood | Headspace GC |
| Blood Alcohol Concentration (BAC) | 0.098 | g/100 mL | 0.010 | 001 - Blood | Headspace GC |
| Caffeine | Positive | mcg/mL | 1.0 | 001 - Blood | LC/TOF-MS |
| Delta-9 Carboxy THC | 10 | ng/mL | 5.0 | 001 - Blood | LC-MS/MS |
| Ethanol | Confirmed | mg/dL | 10 | 001 - Blood | Headspace GC |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

### Reference Comments:

1   Caffeine (No-Doz) - Blood:

Caffeine is a xanthine-derived central nervous system stimulant. It also produces diuresis and cardiac and respiratory stimulation. It can be readily found in such items as coffee, tea, soft drinks and chocolate. As a reference, a typical cup of coffee or tea contains between 40 to 100 mg caffeine.

The reported qualitative result for this substance was based upon a single analysis only. If confirmation testing is required please contact the laboratory.

2.   Delta-9 Carboxy THC (Inactive Metabolite) - Blood:

Delta-9-THC is the principle psychoactive ingredient of marijuana/hashish. Delta-9-carboxy-THC (THCC) is the inactive metabolite of THC. The usual peak concentrations in serum for 1.75% or 3.55% THC marijuana cigarettes are 10 - 101 ng/mL attained 32 to 240 minutes after beginning smoking, with a slow decline thereafter. The ratio of whole blood concentration to plasma concentration is unknown for this analyte. THCC may be detected for up to one day or more in blood. Both delta-9-THC and THCC may be present substantially longer in chronic users. THCC is usually not detectable after passive inhalation.

3.   Ethanol (Ethyl Alcohol) - Blood:

Ethyl alcohol (ethanol, drinking alcohol) is a central nervous system depressant and can cause effects such as impaired judgment, reduced alertness and impaired muscular coordination. Ethanol can also be a product of decomposition or degradation of biological samples. The blood alcohol concentrations (BAC) can be expressed as a whole number with the units of mg/dL or as a decimal number with units of g/100 mL which is equivalent to % w/v  For example, a BAC of 85 mg/dL equals 0.085 g/100 mL or 0.085% w/v of ethanol.

### Sample Comments:

001   A16-179

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded thirteen (13) months from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed. Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Workorder 16267100 was electronically signed on 09/13/2016 09:43 by:

Laura M. Labay, Ph.D., F-ABFT, DABCC-TC
Forensic Toxicologist

NMS v.16.0

Dec 27 16:03:37p  El Dorado Pathology  5306220495  p.2  WILLIS000015

EXHIBIT H to FELDER DEC. (p. 15)

EM16-7277



**CONFIDENTIAL**

Workorder  16267100
Chain  63850
Patient ID  EM16-7277

Page 3 of 4

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 5219B - Cannabinoids Confirmation, Blood (Forensic)

-Analysis by High Performance Liquid Chromatography/
TandemMass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 11-Hydroxy Delta-9 THC | 1.0 ng/mL | Delta-9 THC | 0.50 ng/mL |
| Delta-9 Carboxy THC | 5.0 ng/mL | | |

Acode 52250B - Alcohols and Acetone Confirmation, Blood (Forensic)

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

Acode 7033B - HIV 1/2 Screen - Send Out

-Analysis by [Not provided] for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| HIV 1/2 Screen | N/A | | |

Testing Not Performed: Test was canceled due to [Inappropriate Container Type].

Acode 7049B - Hepatitis C Antibody, Blood - Send Out

-Analysis by [Not provided] for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Hepatitis C Antibody | N/A | | |

Testing Not Performed: Test was canceled due to [Inappropriate Container Type].

Acode 7053B - Hepatitis B Surface Antigen, Blood - Send Out

-Analysis by [Not provided] for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Hepatitis B Surface Antigen | N/A | | |

Testing Not Performed: Test was canceled due to [Inappropriate Container Type].

Acode 8052B - Postmortem, Expanded, Blood (Forensic)

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Salicylates | 120 mcg/mL |
| Cannabinoids | 10 ng/mL | | |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

NMS v.16.0

EM16-7277



**CONFIDENTIAL**

| | |
|---|---|
| Workorder | 16267100 |
| Chain | 63850 |
| Patient ID | EM16-7277 |

Page 4 of 4

**Analysis Summary and Reporting Limits:**

-Analysis by High Performance Liquid Chromatography/
Time ofFlight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of compound classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified compound class are included. Some specific analytes outside these classes are also included. For a detailed list of all analytes and reporting limits, please contact NMS Labs.
Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotic Agents, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Hypoglycemics, Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents, Opiates and Opioids.

NMS v.16.0