B. OTIS FELDER (CSB No. 177628)
*CSB Certified Admiralty & Maritime Law Specialist*
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370
Email:  Otis.Felder@wilsonelser.com

Attorneys for Petitioner & COUNTER DEFENDANT
WILLIAMS SPORTS RENTALS, INC. ("WSR")

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

<u>IN</u> <u>ADMIRALTY</u>

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION OF WILLIAMS SPORTS RENTALS, INC. AS OWNER OF A CERTAIN 2004 YAMAHA WAVERUNNER FX 140 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No. 2:17-cv-00653-KJM-JDP<br><br>Hon. Kimberly J. Mueller<br>Chief United States District Judge<br><br>**STIPULATION FOR ORDER SETTING ASIDE DEFAULTS AGAINST THIRD-PARTY DEFENDANTS THOMAS SMITH AND BERKELEY EXECUTIVES, INC., ACKNOWLEDGING SERVICE WITH DEADLINE TO ANSWER ON OR BEFORE NOV. 17, 2023**<br><br>[FRCP 55(c)] |
| MARIAN LATASHA WILLIS, on behalf of the Estate of RAESHON WILLIAMS,<br>*Respondent/Counter Claimant,*<br>v.<br>WILLIAMS SPORTS RENTALS, INC.,<br>*Petitioner/Counter Defendant.* | |
| WILLIAMS SPORTS RENTALS, INC.,<br>*Petitioner, Counter Defendant, and Third-party Plaintiff,*<br>v.<br>THOMAS SMITH, KAI PETRICH, BERKELEY EXECUTIVES, INC., ZIP, INC., and DOES 1-10,<br>*Third-party Defendants.* | |
| AND RELATED ACTIONS | |

1  WHEREAS, Petitioner Williams Sports Rentals (WSR) commenced these admiralty proceedings under the Limitation of Liability Act (LOLA) 46 U.S.C. § 30529(c), and Admiralty Rule F(3) on March 28, 2017 (Complaint, ECF No. 1);

4  WHEREAS, Petitioner and Third-Party Plaintiff WSR filed a Third-Party Complaint (TPC) (ECF No. 92), including its Exhibit A (Smith's Rental Agreement with WSR) (ECF No. 92-1), Exhibit B (Smith's Release and Waiver Form with WSR) (ECF No. 92-2), and Exhibit C (Smith's Safety Checklist with WSR) (ECF No. 92-3) seeking indemnification and other relief against Third-Party Defendants Thomas Smith (Smith) and his company Berkeley Executives, Inc. (Berkeley) along with others, on February 18, 2020;

10  WHEREAS, no claim or responsive pleading has been filed by either Smith or Berkeley, each having been served, and the Clerk's entry of default against all non-appearing claimants as to the LOLA proceedings (ECF No. 24), entry of default against Berkeley as to WSR's TPC (ECF No. 106), and entry of default against Smith as to WSR's TPC (ECF No. 169);

14  WHEREAS pursuant to the Court's Minute Order (ECF No. 171), WSR moved for a default judgment to be entered (ECF No. 173) set for hearing for Oct. 19, 2023;

16  WHEREAS Smith and Berkley generally appeared and filed a motion to set aside the default (ECF No. 178) contending improper service, which is set for hearing for Nov. 30, 2023; and

18  WHEREAS the Court continued the hearing on WSR's motion for default judgment until Nov. 30, 2023 (Minute Order, ECF 179).

20  COMES NOW the parties and stipulate for an Order as follows:

21  1.  Pursuant to Federal Rule of Civil Procedure 55(c), which allows entry of default to be set aside "for good cause" and without resolving the issue of whether service was proper on Smith and Berkeley (see also *Ford v. Artiga*, 2013 WL 820146, 2013 U.S. Dist. LEXIS 47647, *8 (E.D. Cal. 2013)), the parties stipulate, upon Court approval, to set aside the entry of default against Berkeley as to WSR's TPC (ECF No. 106), and entry of default against Smith as to WSR's TPC (ECF No. 169) and take off calendar WSR's motion for default judgment and Smith and Berkeley's motion to set aside the defaults;

28  / / /

2. Third-party Defendants Smith and Berkeley shall formally withdraw their motion and associated filed documents to set aside motion to set aside the default (ECF No. 178) contending improper service, which is set for hearing for Nov. 30, 2023.

3. Third-party Defendants Smith and Berkeley shall file their answer(s) to WSR's TPC (ECF No. 92), or before **Nov. 17, 2023**, each acknowledging by their counsel signature below proper service having been made and each waiving any and all objections to jurisdiction, insufficient process, insufficient service of process, and venue in this pending matter Case No. 2:17-cv-00653-KJM-JDP.

ORDER

SO ORDERED.

Dated: _____, 2023

Hon. Kimberly J. Mueller
Chief United States District Judge

So Stipulated.

Dated: October 31, 2023

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: _/s/ B. Otis Felder_

B. Otis Felder
Attorneys for Petitioner, Counter Defendant,
& Third-Party Plaintiff
*WILLIAMS SPORTS RENTALS, INC*.

So Stipulated.

Dated: October 31, 2023

**WADE LAW GROUP**

By: _/s/ Dianna L. Albini_

Dianna L. Albini
Attorneys for Third-Party Defendants
*THOMAS SMITH* & *BERKELEY EXECUTIVES, INC.*