1  DIANNA L. ALBINI, SBN 152273
2  WADE LAW GROUP, A Professional Corporation
   262 East Main Street
3  Los Gatos, CA 95030
   P: 408-842-1688
4  F: 408-549-1612
   Email: dalbini@wadelitigation.com
5

6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                        IN ADMIRALTY

11 | IN RE: COMPLAINT AND PETITION OF           ) Case No. 2:17-cv-00653-KJM-JDP
     WILLIAMS SPORTS RENTALS, INC. AS           )
12   OWNER OF A CERTAIN 2004 YAMAHA             ) Hon. Kimberly J. Mueller
     WAVERUNNER FX 140 FOR                      ) Chief United States District Judge
13   EXONERATION FROM OR LIMITATION             )
     OF LIABILITY                               ) **JOINT STIPULATION FOR ORDER**
14                                              ) **EXTENDING TIME FOR THIRD-PARTY**
                                                ) **DEFENDANTS THOMAS SMITH AND**
15   MARIAN LATASHA WILLIS, on behalf of the    ) **BERKELEY EXECUTIVES, INC., TO FILE**
     Estate of RAESHON WILLIAMS,                ) **ANSWER TO THE COMPLAINT ON OR**
16                                              ) **BEFORE JANUARY 22, 2024**
        *Respondent/Counter Claimant,*          )
17              v.                              )
                                                )
18   WILLIAMS SPORTS RENTALS, INC.,             )
                                                )
        *Petitioner/Counter Defendant.*         )
19                                              )
                                                )
20   WILLIAMS SPORTS RENTALS, INC.,             )
                                                )
21      *Petitioner, Counter Defendant, and*    )
           *Third-party Plaintiff,*             )
22                                              )
                v.                              )
23                                              )
     THOMAS SMITH, KAI PETRICH,                 )
24   BERKELEY EXECUTIVES, INC.,                 )
     ZIP, INC., and DOES 1-10,                  )
25                                              )
        *Third-party Defendants.*               )
26                                              )
                                                )
27   AND RELATED ACTIONS                        )
                                                )
28                                              )

1    WHEREAS, Petitioner Williams Sports Rentals (WSR) commenced these admiralty

2    proceedings under the Limitation of Liability Act (LOLA) 46 U.S.C. § 30529(c), and Admiralty

3    Rule F(3) on March 28, 2017 (Complaint, ECF No. 1);

4    WHEREAS, Petitioner and Third-Party Plaintiff WSR filed a Third-Party Complaint (TPC)

5    (ECF No. 92), including its Exhibit A (Smith's Rental Agreement with WSR) (ECF No. 92-1),

6    Exhibit B (Smith's Release and Waiver Form with WSR) (ECF No. 92-2), and Exhibit C (Smith's

7    Safety Checklist with WSR) (ECF No. 92-3) seeking indemnification and other relief against

8    Third-Party Defendants Thomas Smith (Smith) and his company Berkeley Executives, Inc.

9    (Berkeley) along with others, on February 18, 2020;

10    WHEREAS, no claim or responsive pleading has been filed by either Smith or Berkeley,

11    each having been served, and the Clerk's entry of default against all non-appearing claimants as to

12    the LOLA proceedings (ECF No. 24), entry of default against Berkeley as to WSR's TPC (ECF No.

13    106), and entry of default against Smith as to WSR's TPC (ECF No. 169);

14    WHEREAS, on July 5, 2023 Twin City Fire Insurance and Centinel Insurance Company,

15    Ltd, filed a Third-Party Complaint against Third-Party Defendants Thomas Smith and Berkeley

16    Executives, Inc. (ECF No. 162);

17    WHEREAS, no claim or responsive pleading has been filed by ether Thomas Smith and

18    Berkeley Executives, Inc.'s to Twin City Fire Insurance and Centinel Insurance Company, Ltd.'s

19    Third-Party Complaint against Third-Party Defendants Thomas Smith and Berkeley Executives,

20    Inc.;

21    WHERES, on July 11, 2023, Third-Party Kai Petrick filed a Third-Party Complaint against

22    Third-Party Defendants Thomas Smith and Berkeley Executives, Inc. (ECF No. 165);

23    WHEREAS, no claim or responsive pleading has been filed by ether Thomas Smith and

24    Berkeley Executives, Inc.'s to Kai Petrick's Third-Party Complaint against Third-Party Defendants

25    Thomas Smith and Berkeley Executives, Inc.;

26    WHEREAS, on November 1, 2023, Petitioner and Third-Party Plaintiff WSR and Third-

27    Party Defendants ThomasSmith and Berkeley Executives, Inc. entered into a stipulation

28    acknowledging service with deadline to answer on or before November 17, 2023 (ECF No. 181 );

1          WHEREAS, on November 8, 2023, the Court adopted Petitioner and Third-Party Plaintiff WSR and Third-Party Defendants Thomas Smith and Berkeley Executives, Inc.'s stipulation acknowledging service with deadline to answer on or before November 17, 2023 (ECF No. 185);

4          WHEREAS, on November 17, 2023, Petitioner and Third-Party Plaintiff WSR and Third-Party Defendants Thomas Smith and Berkeley Executives, Inc. entered into a stipulation acknowledging service with deadline to answer on or before December 1, 2023 (ECF No. 187 );

7          WHEREAS, on November 28, 2023 the Honorable Kimberly J. Mueller issued a Minute Order granting the Parties' stipulated request for extension of time for Third-Party Defendants ThomasSmith and Berkeley Executives, Inc. to answer on or before December 1, 2023 (ECF No. 188);

11         WHEREAS, on December 19, 2023 counsel for Third-Party Defendants Thomas Smith and Berkeley Executives, Inc. reviewed the California Secretary of State's website and noted that Berkeley Executives continues to be a suspended corporation (Attached hereto as Exhibit 1 is a true and correct copy of the California Secretary of State's website reflecting that Berkeley Executives, Inc is still suspended. In light of the additional time needed for Third-Party Defendants ThomasSmith and Berkeley Executives, Inc. to continue their efforts to remove state franchise tax board suspension;

18         WHEREAS, on December 4, 2023, Ms. Albini underwent emergency surgery and was hospitalized and subsequently released. On December 8, 2023, Ms. Albini was readmitted to the hospital due to surgical complications and recently released from the hospital. At this time Ms. Albini has not returned to work. Ms. Albini's urgent medical issues and the fact Berkeley Executives, Inc status as a suspended corporation necessitates a continuance of the time to respond to the aforementioned parties complaints on behalf of Mr. Smith and Berkeley Executives, Inc until January 22, 2024;

25         COMES NOW the parties and stipulate for an Order as follows:

26         Third-Party Defendants Smith and Berkeley shall file their answer(s) to WSR's TPC (ECF No. 92), Twin City Fire Insurance Company and Sentinel Insurance Company, Ltd.;s TPC (ECF No. 162), and Kai Petrich's TPC (ECF No. 165), or before **January 22, 2023.**

So Stipulated.

Dated: December 19, 2023          **WADE LAW GROUP, A Professional Corporation**

By: _____
       DIANNA L. ALBINI
       Attorneys for Third-PartyDefendants
       ***THOMAS SMITH & BERKELEY EXECUTIVES, INC.***

Dated:  December 19, 2023          **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: _____
       B. Otis Felder
       Attorneys for Petitioner, Counter Defendant,
       & Third-Party Plaintiff
       ***WILLIAMS SPORTS RENTALS, INC***.

ATTESTATION OF PERMISSION TO FILE THIS STIPULATION

Counsel for Third-Party Defendants, THOMAS SMITH and BERKELEY EXECUTIVES, INC., attests that she has been given permission to sign this Stipulation on behalf of Petitioner, Counter Defendant, & Third-Party Plaintiff, WILLIAMS SPORTS RENTALS, INC., by its counsel, B. Otis Felder.

Dated: December 19, 2023          **COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP**

By: _____
       LYNN K. KRIEGER
       Attorneys for Third-Party Complainant/
       Third-Party Defendant, **KAI PETRICH**

ATTESTATION OF PERMISSION TO FILE THIS STIPULATION

Counsel for Third-Party Defendants, THOMAS SMITH and BERKELEY EXECUTIVES, INC., attests that she has been given permission to sign this Stipulation on behalf of Third-Party Complainant/Third-Party Defendant, KAI PETRICH, by his counsel, Lynn K. Krieger.

Dated: December 19, 2023          **WADE LAW GROUP, A Professional Corporation**

|     |     |
| --- | --- |
|     | By: _____ |
|     | DIANNA L. ALBINI |
|     | Attorneys for Third-PartyDefendants |
|     | ***THOMAS SMITH & BERKELEY EXECUTIVES, INC.*** |

Dated: December 19, 2023        **LAW OFFICE OF DAMIEN MOROZUMI**

By:_____
    DAMIEN MOROZUMI
    Attorneys for Third-Party Complainant/
    Third-Party Defendant, **KAI PETRICH**

ATTESTATION OF PERMISSION TO FILE THIS STIPULATION

Counsel for Third-Party Defendants, THOMAS SMITH and BERKELEY EXECUTIVES, INC., attests that she has been given permission to sign this Stipulation on behalf of Third-Party Complainant/Third-Party Defendant, KAI PETRICH, by his counsel, Damien Morozumi.

Dated: December 19, 2023        **WADE LAW GROUP, A Professional Corporation**

By: _____
    DIANNA L. ALBINI
    Attorneys for Third-PartyDefendants
    ***THOMAS SMITH & BERKELEY EXECUTIVES, INC.***

Dated: December 19, 2023        **MURPHY, PEARSON, BRADLEY & FEENEY**

By:_____
    LAURA R. GREALISH
    Attorneys for Intervenors
    **TWIN CITY FIRE INSURANCE COMPANY AND SENTINEL INSURANCE COMPANY, LIMITED**

ATTESTATION OF PERMISSION TO FILE THIS STIPULATION

Counsel for Third-Party Defendants, THOMAS SMITH and BERKELEY EXECUTIVES, INC., attests that she has been given permission to sign this Stipulation on behalf of Intervenors TWIN CITY FIRE INSURANCE COMPANY AND SENTINEL INSURANCE COMPANY, LIMITED by their counsel, Laura R. Grealish.

Dated: December 19, 2023		**WADE LAW GROUP, A Professional Corporation**

By: _____
DIANNA L. ALBINI
Attorneys for Third-PartyDefendants
***THOMAS SMITH & BERKELEY EXECUTIVES, INC.***

### ORDER

Having reviewed the parties' stipulation, ECF No. 192, the court finds extraordinary circumstances warrant extending the deadline to January 22, 2024, for Thomas Smith and Berkeley Executives, Inc. to file their answers to (1) Williams Sports Rentals, Inc.'s third party complaint, ECF No. 92, (2) Twin City Fire Insurance Company and Sentinel Insurance Company Ltd.'s third party complaint, ECF No. 162, and (3) Kai Petrich's third party complaint, ECF No. 165.  The court will not grant further extensions unless another extraordinary circumstance occurs.

IT IS SO ORDERED.

DATED:  December 20, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE