UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Complaint and Petition of Williams Sports Rentals, Inc., as Owner of a Certain 2004 Yamaha Wave Runner FX 140 (CF 5408 LE) for Exoneration from or Limitation of Liability, | No. 2:17-cv-00653-KJM-JDP<br><br>ORDER |

Marian Latasha Willis,

    Respondent and Counter-Claimant

    v.

Williams Sports Rentals, Inc.,

    Petitioner and Counter-Defendant.

Williams Sports Rentals, Inc.,

    Petitioner, Counter-Defendant and Third-Party Plaintiff

    v.

Thomas Smith, Kai Petrich, Berkeley Executives, Inc., Zip, Inc.,

    Third-Party Defendants.

And Related Actions

The court hereby **grants** the joint stipulation, ECF No. 204, to allow third-party defendants an extension of time to file an opposition to Williams Sports Rentals, Inc.'s (WSR) motion to dismiss. Third-party defendants Smith and Berkeley shall file their opposition to WSR's motion to dismiss, ECF No. 200, on or before March 18, 2024. WSR shall file their reply brief on or before March 22, 2024.

In light of the stipulation, ECF No. 204, and the pending motion to lift the antisuit injunction and stay further proceedings in admiralty, ECF No. 199, the court **vacates and continues** the hearing set for WSR's motion to dismiss, ECF No. 200, to April 19, 2024, at 10:00 AM in Courtroom 3 before the undersigned.

Furthermore, the motion to lift the antisuit injunction, ECF No. 199, is submitted on the briefs, including the reply brief, if any, as provided by Local Rule 230(d). Accordingly, the hearing date of March 29, 2024, is **vacated**.

IT IS SO ORDERED.

DATED: March 8, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

1