1  **COX, WOOTTON, LERNER**
   **GRIFFIN & HANSEN LLP**
2  LYNN L. KRIEGER (SBN 209592)
      Email: LKreiger@CWLFirm.com
3   MATTHEW MIHALY (SBN 302697)
      Email: MMihaly@CWLFirm.com
4  900 Front Street, Suite 350
   San Francisco, CA  94111
5  Telephone No.: (415) 438-4600
   Facsimile No.: (415) 438-4601

6

7  **LAW OFFICE OF DAMIEN**
   **MOROZUMI**
   DAMIEN MOROZUMI (SBN 148554)
8  448 Ignacio Blvd. Suite 181
   Novato, CA 94949
9  Telephone No.: (415) 434-1449
   Facsimile No.: (415) 434-8317
10     Email: dmorozumi@morozumilaw.com

11 Attorneys for Third-Party Defendant
   and Counter-Claimant, KAI PETRICH

12

13               **UNITED STATES DISTRICT COURT**

14          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

15                      **IN ADMIRALTY**

16 IN RE: COMPLAINT AND PETITION ) Case No. 2:17-cv-00653-KJM-DAP
   OF WILLIAMS SPORTS RENTALS, )
17 INC. AS OWNER OF A CERTAIN    ) Hon. Kimberly J. Mueller
   2004 YAMAHA WAVERUNNER FX )
18 140 FOR EXONERATION FROM OR   )
   LIMITATION OF LIABILITY       ) **STIPULATION TO CONTINUE**
19                               ) **HEARING ON WSR'S MOTION**
                                 ) **FOR JUDGMENT ON THE**
20 MARIAN LATASHA WILLIS, on     ) **PLEADINGS, OR**
   behalf of the Estate of RAESHON ) **ALTERNATIVELY, SUMMARY**
21 WILLIAMS,                     ) **JUDGMENT, AS TO THIRD-**
                                 ) **PARTY DEFENDANTS KAI**
22     *Respondent/Counter Claimant,* ) **PETRICH & ZIP, INC.'S DUTY TO**
                                 ) **DEFEND WSR**
23 v.                            )
   WILLIAMS SPORTS RENTALS, INC., )
24     *Petitioner/Counter Defendant.* )
                                 )
25 _____ ) Hearing Date: Friday, April 19, 2024
                                 ) Hearing Time: 10:00 a.m.
26 WILLIAMS SPORTS RENTALS, INC., ) Hearing Place: Courtroom 3, 15th Floor
                                 )
27 *Petitioner, Counter Defendant, and* )
   *Third-party Plaintiff,*       )
28 _____ )
                                  1

1    v.                                              )
                                                      )
2    THOMAS SMITH, KAI PETRICH,                       )
     BERKELEY EXECUTIVES, INC.,                       )
3    ZIP, INC., and DOES 1-10,                        )
                                                      )
4        *Third-party Defendants.*                     )
                                                      )
     _____ )

5

6        WHEREAS, Counter-Defendant Williams Sports Rentals, Inc. ("WSR") filed

7    a Motion for Judgment on the Pleadings, or Alternatively, Summary Judgment, as to

8    Third-Party Defendants Kai Petrich & Zip, Inc.'s Duty to Defend WSR on March 15,

9    2024 ("Motion") (ECF No. 207).

10       WHEREAS, Third-Party Defendant and Counter-Claimant KAI PETRICH's

11   ("PETRICH") opposition would be due on March 29, 2024.

12       WHEREAS, on March 25, 2024, attorneys for PETRICH and Twin City Fire

13   Insurance Company and Sentinel Insurance Company, Ltd. ("SENTINEL"), as

14   intervenors for ZIP, INC. ("ZIP"), and WSR met and conferred regarding WSR's

15   Motion (ECF No. 207) and the issues raised therein, including: the laws applicable to

16   WSR's contract and indemnity provisions, particularly in light of provisions in

17   WSR's agreement favoring California law and the February 21, 2024, release of the

18   Supreme Court's decision in *Great Lakes Insurance SE v. Raiders Retreat Realty*

19   *Co., LLC*, Case No. 22-500 (U.S. Feb. 21, 2024).

20       WHEREAS, in an effort to promote judicial economy and meet the goals of

21   the Court's meet and confer directives, the parties to this stipulation have agreed to

22   an extension of time to review and brief the choice-of-law issue for this Court.

23       WHEREAS, PETRICH and SENTINEL's new deadline to file an Opposition

24   to WSR's Motion will be April 26, 2024.

25       WHEREAS, the parties have also agreed to extend the time for WSR to file its

26   reply brief to May 6, 2024.

27       WHEREAS, the parties have also agreed to continue the Motion hearing date

28   from April 19, 2024, to May 17, 2024.

2

1    COMES NOW the parties and stipulate for an Order as follows:

2    PETRICH and SENTINEL shall file their Oppositions to WSR's Motion (ECF

3    No. 207), on or before **April 26, 2024.**

4    WSR shall file its reply brief in support of WSR's Motion (ECF No. 207), on

5    or before **May 6, 2024.**

6    The Motion shall be heard on **May 17, 2024.**

7    **So Stipulated.**

8    Dated:  March 27, 2024          COX, WOOTON, LERNER,
                                      GRIIFIN & HANSEN, LLP
9
                                      By: /S/ Lynn L. Krieger
10                                        Lynn L. Krieger
                                          Matthew Mihaly
11                                        Attorneys for Third-Party Defendant and
                                          Counter-Claimant KAI PETRICH
12

13
     Dated:  March 27, 2024          LAW OFFICE OF DAMIEN MOROZUMI
14
                                      By: /S/ Damien Morozumi (authorized 3/26/24)
15                                        Damien Morozumi
                                          Attorneys for Third-Party Defendant and
16                                        Counter-Claimant KAI PETRICH

17

18   Dated:  March 27, 2024          MURPHY PEARSON BRADLEY & FEENEY

19                                    By: /S/ Laura Grealish (authorized 3/26/24)
20                                        Laura Grealish
                                          Attorneys for Intervenors
21                                        SENTINEL INSURANCE COMPANY,
                                          LTD.
22

23   Dated:  March 27, 2024          WILSON ELSER

24                                    By: /S/ Otis Felder (authorized 3/26/24)
25                                        Otis Felder
                                          Attorneys for Defendant and
26                                        Cross-Defendant
                                          WILLIAMS SPORTS RENTAL
27

28

Case No. 2:17-cv-00653-KJM-DAP
STIPULATION TO CONTINUE HEARING ON WSR'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR
ALTERNATIVELY, SUMMARY JUDGMENT, AS TO THIRD-PARTY PETRICH & ZIP'S DUTY TO DEFEND WSR

1

**ORDER**

2        Pursuant to the above stipulation and good cause appearing, the court grants

3 the parties' request.

4        **IT IS SO ORDERED.**

5 Dated:  March 28, 2024.

6

7 _____

8        CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4