ANTHONY L. LABEL, NO. 205920
STEVEN A. KRONENBERG, NO. 215541
THE VEEN FIRM
20 Haight Street
San Francisco, California 94102
Telephone: (415) 673-4800
Facsimile: (415) 771-5845
AL.Team@VeenFirm.com

JOHN R. HILLSMAN (SBN 71220)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone:   (415) 421-9292
Facsimile:   (415) 403-0202

ATTORNEYS FOR MARIAN LATASHA WILLIS, acting as the duly appointed Personal Representative of the Estate of RAESHON WILLIAMS (Deceased), Respondent/Counter Claimant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| In re: Complaint and Petition of WILLIAMS SPORTS RENTALS, INC., as Owner of a Certain 2004 YAMAHA WAVE RUNNER FX 140 (CF 5408 LE) for Exoneration from or Limitation of Liability | CASE NO: 2:17-cv-00653-KJM-JDP<br><br>Hon. Kimberly J. Mueller<br><br>**ORDER GRANTING RESPONDENT/ COUNTER CLAIMANT MARIAN LATASHA WILLIS'S MOTION FOR ADMINISTRATIVE RELIEF: TO EXTEND EXPERT DISCOVERY DEADLINES** |
| MARIAN LATASHA WILLIS, on behalf of the Estate of RAESHON WILLIAMS,<br><br>Respondent/Counter Claimant<br><br>v.<br><br>WILLIAMS SPORTS RENTALS, INC.,<br><br>Petitioner/ Counter Defendant | |

-1-

Respondent/Counter Claimant Marian Latasha Willis filed a motion for administrative relief to extend expert discovery deadlines. The parties stipulated to extend these deadlines for the reasons stated in the motion. Based on the foregoing and for good cause shown, the expert discovery deadlines are extended by four months, as follows:

August 1, 2024: deadline for serving initial expert witness disclosures.

August 22, 2024: deadline for serving rebuttal expert disclosures.

October 3, 2024: deadline for completing expert discovery.

IT IS SO ORDERED.

DATED: April 2, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

THE VEEN FIRM, P.C.
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com