UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Complaint and Petition of Williams Sports Rentals, Inc., as Owner of a Certain 2004 Yamaha Wave Runner FX 140 (CF 5408 LE) for Exoneration from or Limitation of Liability, | No. 2:17-cv-00653-KJM-JDP<br><br>ORDER |

Marian Latasha Willis,

    Respondent and Counter-Claimant

    v.

Williams Sports Rentals, Inc.,

    Petitioner and Counter-Defendant.

Williams Sports Rentals, Inc.,

    Petitioner, Counter-Defendant and Third-Party Plaintiff

    v.

Thomas Smith, Kai Petrich, Berkeley Executives, Inc., Zip, Inc.,

    Third-Party Defendants.

And Related Actions.

On May 17, 2024, this court held a hearing in the above entitled action.  Hr'g Mins., ECF No. 235.  Dianna Lynne Albini, the attorney on record for Thomas Smith and Berkeley Executives, Inc., was present and informed the court she was no longer with Wade Law Firm— the firm which Mr. Smith contracted with to represent him in this action.  Ms. Albini represented she appeared solely to make that record.  No other attorney from Wade Law Firm appeared for either Thomas Smith or Berkeley Executives, Inc.  Given the representations made by Ms. Albini, the court orders Wade Law Firm to show cause within fourteen (14) days after receiving this order as to why it did not appear at the hearing.  Within this same time, Wade Law Firm also shall inform the court who will be appearing on behalf of Mr. Smith and Berkeley Executives, Inc., instead of Ms. Albini.

Ms. Albini is directed to promptly provide Wade Law Firm with a copy of this order no later than seven (7) days of the filing date of this order.  Ms. Albini shall provide proof on the court's docket that she provided Wade Law Firm with a copy of this order within fourteen (14) days.

IT IS SO ORDERED.

DATED: May 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2