UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Complaint and Petition of Williams Sports Rentals, Inc., as Owner of a Certain 2004 Yamaha Wave Runner FX 140 (CF 5408 LE) for Exoneration from or Limitation of Liability, | No. 2:17-cv-00653-KJM-JDP<br><br>ORDER |

Marian Latasha Willis,

    Respondent and Counter-Claimant

    v.

Williams Sports Rentals, Inc.,

    Petitioner and Counter-Defendant.

Williams Sports Rentals, Inc.,

    Petitioner, Counter-Defendant and Third-Party Plaintiff

    v.

Thomas Smith, Kai Petrich, Berkeley Executives, Inc., Zip, Inc.,

    Third-Party Defendants.

And Related Actions.

Respondent/Counter-Claimant Marian Latasha Willis filed a motion for administrative relief to stay expert discovery deadlines in light of the pending motion to lift the anti-suit injunction and abate proceedings in admiralty. *See* Mot., ECF No. 255. No opposition was filed. Finding good cause, the court **grants** this request and stays the expert discovery deadlines pending further order of the court.

This order resolves ECF No. 255.

IT IS SO ORDERED.

DATED: July 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE